**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **18-cr-00096-LTB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEIVY ROMERO-LOPEZ
    *a/k/a Davie Romero-Lopez*
    *a/k/a Jonathan Aria-Ramirez*

    Defendant.

---

**INDICTMENT
8 U.S.C. § 1326(a), (b)(1)
Illegal Re-entry After Deportation**

---

The Grand Jury charges:

## COUNT 1

On or about January 3, 2018, in the State and District of Colorado, the defendant, DEIVY ROMERO-LOPEZ, *a/k/a Davie Romero-Lopez, a/k/a Jonathan Aria-Ramirez*, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about July 6, 2013, and without the express consent of the proper legal authority to reapply for admission to the United States. All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

ROBERT C. TROYER
United States Attorney

By: *s/ Daniel R. McIntyre*
Daniel R. McIntyre
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Daniel.McIntyre@usdoj.gov
Attorney for the United States