DEFENDANT:  **DEIVY ROMERO-LOPEZ**
*a/k/a Davie Romero-Lopez*
*a/k/a Jonathan Aria-Ramirez*

YOB:  1990

ADDRESS:  El Paso County Custody

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSE:  8 U.S.C. § 1326(a); (b)(1); Illegal re-entry of removed alien subsequent to an aggravated felony conviction

LOCATION OF OFFENSE:  El Paso County, Colorado

PENALTY:  NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

AGENT:  Omar Lawton, Deportation Officer, ICE/DHS

AUTHORIZED BY:  Daniel R. McIntyre, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days   _____ other

THE GOVERNMENT:

__X__ **will** seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:   _____ Yes   __X__ No