AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>DEIVY ROMERO-LOPEZ<br>a/k/a Davie Romero-Lopez<br>a/k/a Jonathan Aria-Ramirez<br>*Defendant* | ) ) ) ) ) | Case No. 18-cr-00096-LTB |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DEIVY ROMERO-LOPEZ                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ❒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:
   8 U.S.C. § 1326(a), (b)(1), Illegal Re-entry of a Removed Alien

Date:   02/22/2018                         s/ A. Garcia Garcia - Deputy Clerk
                                   *Issuing officer's signature*

City and state:   Denver, Colorado              Jeffrey P. Colwell - Clerk of Court
                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                   *Arresting officer's signature*

                                   *Printed name and title*