IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEIVY ROMERO-LOPEZ

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.    The Defendant, DEIVY ROMERO-LOPEZ, YOB: 1990, DOC Number 180988 is now confined at Bent County Correctional Facility, 11560 Road FF75, Las Animas, CO 81054.

2.    A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place

or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States District Court Judge for the Defendant's initial appearance and to hold her at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where she is now confined.

Respectfully submitted this 10th day of January, 2019

                        JASON R. DUNN
                        United States Attorney

By:   *s/ Daniel McIntyre*
       DANIEL MCINTYRE
       Special Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO. 80202
       Telephone:  (303) 454-0100
       Fax:  (303) 454-0405
       e-mail:  Daniel.McIntyre@USDOJ.GOV
       Attorney for the Government