IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEIVY ROMERO-LOPEZ

    Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of produce DEIVY ROMERO-LOPEZ, YOB: 1990, DOC Number 180988, now confined at Bent County Correctional Facility, 11560 Road FF75, Las Animas, CO 81054, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for proceedings in the above-referenced case and to hold the Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined.

DATED at Denver, Colorado, this ___ day of January, 2019.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT