IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEIVY ROMERO-LOPEZ,

       Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

                        Respectfully submitted,

                        VIRGINIA L. GRADY
                        Federal Public Defender

                        /s/ Matthew K. Belcher
                        MATTHEW K. BELCHER
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, Colorado  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Email:  Matthew_Belcher@fd.org
                        Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on January 23, 2019, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Daniel Robert McIntyre, Assistant U.S. Attorney
    Email:  daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Deivy Romero-Lopez
    via mail

                                                     /s/ Cecilia Hernandez
                                                     Cecilia Hernandez, Legal Assistant
                                                     Office of the Federal Public Defender