IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  18-cr-00096-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

Deivy Romero-Lopez,

Defendant.

---

## ORDER OF DETENTION

---

THIS MATTER came before the Court for a detention hearing on January 23, 2019. Present were the following: Greg Holloway, Assistant United States Attorney; David Johnson, counsel for the defendant; the defendant; and Angela Ledesma on behalf of probation. The Court reviewed the Pretrial Services Report and considered the Comments of counsel.

The Court has concluded that no condition or combination of conditions of release will reasonably assure the appearance of the defendant and the safety of the community.  First, the defendant does not contest detention.  Second, the defendant is an alien, with no apparent ties to the community.  Third, defendant has been charged with illegal reentry after having been previously removed subsequent to a conviction for an aggravated felony offense.

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for The United States of America, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purposes of an appearance in connection with this proceeding.

DATED and ENTERED this 24th day of January, 2019.

BY THE COURT

s/ N. Reid Neureiter
N. Reid Neureiter
U.S. Magistrate Judge