**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  18-cr-00096-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DEIVY ROMERO-LOPEZ,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that a status/scheduling hearing regarding Defendant Romero-Lopez is set **Wednesday, February 13, 2019 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  February 5, 2019