IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEIVY ROMERO-LOPEZ,

        Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

---

        The defendant, Deivy Romero-Lopez, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. As such, the parties request that (1) they be allowed to contact chambers to set a change of plea hearing and (2) that the Court vacate the Status Conference currently set for February 13, 2019, at 9:00 a.m.

        Respectfully Submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        /s/ Matthew K. Belcher
        MATTHEW K. BELCHER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        Fax: (303) 294-1192
        Email: Matthew_Belcher@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2019, I electronically filed the foregoing *Notice of Disposition and Motion Requesting Change of Plea Hearing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Daniel Robert McIntyre, Assistant U.S. Attorney
Email:  daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Deivy Romero-Lopez
via mail


/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender