**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DEIVY ROMERO-LOPEZ,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant has filed a Notice of Disposition and Motion Requesting Change of Plea Hearing (Doc 17 - filed February 11, 2019).  Counsel shall contact chambers to set a change of plea hearing.  The Status/Scheduling Hearing regarding Defendant Romero-Lopez set for Wednesday, February 13, 2019 at 9:00 a.m. is **VACATED**.

Dated:  February 12, 2019