**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEIVY ROMERO-LOPEZ,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that pursuant to Defendant's Notice of Disposition, a change of plea hearing is set **Tuesday, March 19, 2019 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: February 19, 2019