IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEIVY ROMERO-LOPEZ,

        Defendant.

## UNOPPOSED MOTION TO RESET CHANGE OF PLEA HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

        COMES NOW the Defendant, Deivy Romero-Lopez, by and through his attorney of record, Assistant Federal Public Defender Matthew K. Belcher, and hereby requests that the Court allow the parties to reset the Change of Plea Hearing currently scheduled for March 19, 2019, at 10:00 a.m.  In support thereof, Mr. Romero-Lopez would show as follows:

        1.      Currently, a Change of Plea Hearing is scheduled for March 19, 2019, at 10:00 a.m.

        2.      A plea agreement has been reached between the parties, but undersigned counsel has not yet received the actual plea agreement from the government.

        3.      Once undersigned counsel receives the plea agreement, sufficient time is needed to (a) have the plea documents translated into Spanish, (b) travel to the jail with a Spanish interpreter to review the documents with Mr. Romero-Lopez, and (c) obtain signatures and forward courtesy copies to the Court in advance of the Change of Plea Hearing.

4. Undersigned counsel does not currently have sufficient time to complete these tasks prior to the hearing on March 19, 2019.

5. Undersigned counsel has conferred with Daniel McIntyre, Assistant United States Attorney, who indicated that the government is not opposed to continuing the currently scheduled Change of Plea Hearing.

WHEREFORE, PREMISES CONSIDERED, Mr. Romero-Lopez, through undersigned counsel, would request that the Court vacate the Change of Plea Hearing scheduled for March 19, 2019, at 10:00 a.m. and to further allow the parties to contact chambers to reset the hearing as soon as practicable.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Matthew_Belcher@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Daniel Robert McIntyre, Assistant U.S. Attorney
Email:  daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Deivy Romero-Lopez
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender