## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEIVY ROMERO-LOPEZ,

    Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Reset Change of Plea Hearing (Doc 20 - filed March 12, 2019) is **GRANTED**.

    This will confirm that the change of plea hearing set **Tuesday, March 19, 2019 is VACATED and RESET for Friday, April 5, 2019 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.


Dated: March 14, 2019