# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | April 5, 2019 |
| Court Reporter: | Mary George | Interpreter: | Cathy Bahr |

_____

Criminal Action No. 18-cr-00096-LTB                     <u>Counsel:</u>

UNITED STATES OF AMERICA,                               Daniel McIntyre

    Plaintiff,

v.

1. DEIVY ROMERO-LOPEZ,                                  Matthew Belcher

    Defendant.

_____

## COURTROOM MINUTES
_____

**CHANGE OF PLEA**

9:04 a.m.     Court in session.

Defendant is present and in custody.

Interpreter sworn.

**ORDERED:**  Counsel shall brief the issue of whether the November 2015 or the November 2016 sentencing guidelines manual applies.

Defendant sworn and answers true name;  Defendant is 29 years old.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty;  Court Exhibit 1(A) - Spanish translation of the Plea Agreement;  Court Exhibit 2(A) - Spanish translation of the Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Indictment read to Defendant.

Defendant pleads guilty to Count 1 of the Indictment.

Court accepts plea of guilty.

Court's findings and conclusions.

**ORDERED:**  Sentencing is set for **July 3, 2019 at 9:00 a.m.** in Courtroom C401.

**ORDERED:**  Defendant is remanded to the custody of the U.S. Marshal.

9:32 a.m.      Court in recess.
Hearing concluded.
Time:  00:28