EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA DE EEUU
DEL DISTRITO DE COLORADO

Causa en lo penal no.  18-cr-00096-LTB

ESTADOS UNIDOS DE NORTEAMÉRICA,

 Parte demandante,

c.

DEIVY ROMERO-LÓPEZ,

 El acusado.

## AFIRMACIÓN DEL ACUSADO POR ANTICIPADO A SU DECLARACIÓN DE CULPABILIDAD

 Yo el acusado reconozco y doy fe que me han informado de los hechos y derechos a continuación, que yo los entiendo, y que todas las representaciones dispuestas en este documento son ciertas y correctas y que mi abogado me ha ayudado al revisar y completar este documento.

 1. A mí me explicó mi abogado la naturaleza de la acusación en mi contra. He tenido la oportunidad de hablar con mi abogado acerca del tipo e índole de la acusación y de los elementos que la fiscalía se vería obligada a probar.

 2. Yo sé que cuando el Juzgado me imponga la sentencia, tomará en cuenta muchos factores. Estos factores constan en el 18 U.S.C. § 3553 e incluyen: (a) la índole y las circunstancias del delito y mi historia personal y características personales; (b) la necesidad de que la pena impuesta refleje la gravedad del delito, que promueva respeto por la ley, proporcione un castigo justo, sirva como disuasión de la delincuencia futura, proteja al público, y que me proporcione la capacitación, cuidado o trato correccional que pueda yo necesitar de la forma más eficaz posible; c) los tipos de penas disponibles para el Juzgado; (d) las pautas consultivas de las penas establecidas por la Comisión de Sentencias de EEUU, (e) las políticas pertinentes de la misma Comisión; (f) la necesidad de evitar penas muy diferentes impuestas sin

COURT EXHIBIT 2(A)

justificante a los acusados con historias similares y que han sido fallado culpables por conducta parecida y (g) la necesidad de pagar indemnización a víctimas, si hay.  No hay un sólo factor que sea controlante o determinante y reconozco que es posible que el Juzgado, al tomar en cuenta estos factores, me imponga cualquier pena en mi caso, inclusive una pena severa de hasta la máxima legal de prisión, hasta la multa máxima, hasta el plazo máximo de libertad vigilada, indemnización completa a víctimas (si se aplica) y un gravamen especial, según dispone el párrafo 3 a continuación.

3.     Yo sé que las siguientes penas a mí se me pueden imponer como resultado de mi declaración de culpabilidad ante:

**La única cuenta de la Acusación Formal que imputa quebrantamiento del 8 U.S.C. § 1326(a) y (b)(1); reentrada ilegal de un indocumentado deportado tras una condena por delito mayor.**

a. Una pena penitenciaria de un máximo de 10 años;
b. Un plazo de libertad vigilada de hasta un máximo de 3 años, según el 18 U.S.C. § 3583;
c. Una multa de hasta $250,000.00, o las dos cosas, según la ley que yo reconozco haber quebrantado y/o la multa de la tabla alternativa según 18 U.S.C. § 3571;
d. Dinero en indemnización pagadera a la(s) víctima(s) de mi delito de un máximo de $ _N/A_____, según 18 U.S.C. §§ 3663, 3663A, 3664;
e. Un recargo especial de $100.00, según el 18 U.S.C. § 3013.

4.     Yo sé que si quedo condenado por más de un cargo, que las penas impuestas en la sentencia me las pueden imponer para cumplirse o simultáneamente (cumplidas al mismo tiempo), o consecutivamente (purgadas por separado o una tras otra) a menos que la ley bajo la cuál el acusado queda condenado requiere que las penas se me impongan para correr consecutivamente.

5.     Yo sé que además del castigo que yo reciba del Juzgado, que también existen consecuencias adicionales que resultan de una declaración de culpabilidad ante un delito, y que estas consecuencias no están bajo control del Juzgado ni son

2

impuestas por el Juzgado. Por ejemplo, el declararse culpable puede ocasionar la pérdida de derechos civiles, entre ellos--pero no solamente--los siguientes derechos: los de tener armas de fuego, de votar, de desempeñar un cargo público, y de servir como miembro de un jurado. Y, si yo no soy ciudadano de los Estados Unidos, las consecuencias pueden incluir mi deportación de los Estados Unidos, o confinamiento indefinido si no hay país adónde deportarme, la denegación del derecho de entrar en los Estados Unidos en el futuro, o la denegación de ciudadanía de EEUU.

6. Yo sé que si me imponen un plazo de libertad supervisada o vigilada como parte de la sentencia, que el plazo de libertad vigilada empieza a correr hasta el momento en que yo quede liberado al purgar todas las penas de prisión impuestas por este juez o por cualquier otro juzgado. Entiendo que quebrantamiento de cualquiera de las condiciones de la libertad vigilada durante el plazo impuesto puede tener como resultado una pena adicional de prisión o un plazo adicional de libertad vigilada impuesta.

7. Sé que no existe la libertad condicional en el sistema federal y que tendré que cumplir la pena entera que se me imponga con reducción solamente por buen comportamiento o por otras posibles reducciones de programas establecidos por el Congreso y aplicadas por el Departamento de Penitenciarías.

8. Sé que si se me impone una multa como parte de la sentencia, que yo me veré obligado a pagar intereses sobre montos mayores de $2,500.00, a menos que la multa o indemnización se pague completamente antes del décimoquinto día después de la fecha de sentencia, o que el Juzgado me exente el pago de intereses.

9. Sé que si se me impone una multa como parte de la sentencia, que yo tendré que pagarla sin demora y que de no hacerlo, se me podrían imponer sanciones monetarias y la fiscalía podría tratar de reclamármelas y también se me podría revocar el plazo de libertad a prueba o vigilada y/o me podrían procesar por <<Incumplimiento Penal>> bajo el 18 U.S.C. § 3615.

10. Sé que me puede representar un abogado o abogado en todas las actuaciones en el caso y que si no tengo dinero para contratar a un abogado, se me asignará uno que me represente sin costo alguno para mí.

11. Sé que tengo el derecho de declararme <<no culpable>> y yo sé que si me declaro <<no culpable>> entonces puedo persistir en esa declaración y que puedo exigir un juicio.

12. Sé que tengo el derecho de tener un juicio por jurado y puedo exigirlo y sé que si yo siguiera a juicio:

  a. Tendría el derecho a la ayuda de un abogado en todas las diligencias;

  b. Tendría el derecho de ver y observar a los testigos que testificaran en mi contra;

  c. Mi abogado podría contrainterrogar a todos los testigos que testificaran en mi contra;

  d. Podría yo citar y presentar a todos los testigos pertinentes y todas las pruebas que yo deseara presentar y podría mandarles citatorios legales a mis testigos, así obligándoles a que comparecieran para testificar en el juicio;

  e. De no tener recursos suficientes para pagar los costos y gastos de testigos, la fiscalía pagaría esos costos y gastos, incluyendo el kilometraje y los gastos del viaje, e incluyendo también los honorarios razonables cobrados por testigos peritos;

  f. No me podrían obligar a que yo me incriminara a mí mismo en un juicio y yo no tendría que testificar en ningún juicio;

  g. Sin embargo, podría testificar yo en mi juicio si quisiera y no tendría que tomar la decisión de si testificar o no hasta después de escuchar todas las pruebas de la fiscalía en mi contra;

  h. Si fuera mi decisión no testificar en el juicio, entonces al jurado se le informaría que no podría usar en mi contra mi decisión ni concluir que yo era culpable debido a mi decisión de no testificar.

  i. Para poder fallarme culpable, la fiscalía primero tendría que comprobar todos los elementos del delito del cuál se me acusa, más allá de una duda razonable.

  j. Para fallarme culpable, el jurado tendría que llegar a un veredicto unánime de culpabilidad que significa que todos los miembros del jurado tendrían que estar de acuerdo en que yo era culpable, y;

      k.      De quedar fallado culpable yo, podría yo apelar del fallo de culpabilidad y de la pena impuesta por el Juzgado, fuera lo que fuera, en la audiencia para dictar sentencia. De no tener los recursos necesarios para mi apelación, la fiscalía pagaría los costos, así como los honorarios de un abogado asignado.

13.    Yo sé que si me declaro culpable, entonces ya no habrá ningún juicio.

14.    Yo sé que si me declaro culpable no habrá una revisión en apelación de la cuestión de mi culpabilidad del delito del cual me declaré culpable.

15.    Yo sé que después de que me dicte la sentencia este Juzgado, habiéndome declarado culpable, solo podré pedir una revisión en apelación de la sentencia impuesta. Aunque la revisión en apelación de la sentencia es un derecho importante, no significa que un juzgado diferente me pueda imponer la sentencia otra vez automáticamente, sino lo contrario; yo entiendo que la apelación del caso no tendría como resultado una nueva imposición de la pena ni una modificación ni reducción de la misma de no existir algún error cometido por el juez sentenciador original.

16.    No hay acuerdos aceptados ni representaciones que se me hayan hecho acerca de lo que pudiera ser la condena impuesta en mi caso salvo lo que consta explícitamente detallado en el documento titulado <<Convenio Declaratorio>> firmado por mí y el fiscal. Entiendo también que los acuerdos tocante a la sentencia en el documento de título <<Convenio Declaratorio>> son obligatorios para que los acepte el Juzgado solamente si le piden las partes al Juzgado que los acepte en conformidad con la Regla 11(c)(1)(C) y sólo si el Juzgado esté de acuerdo en aceptarlos cuando acepte mi declaración de culpabilidad.

17.    El único convenio declaratorio que se ha tramitado con la fiscalía es él que se expone en el documento titulado <<Convenio Declaratorio>> que ha sido firmado por mí y la fiscalía y que se ha incorporado aquí por referencia.

18.    Comprendo que el Juzgado no tomará ninguna decisión respecto a la pena que se me imponga mientras no lea y revise el Informe Pre-condenatorio preparado por un agente del Departamento de Probatoria.

19. Yo sé que cuando me declare culpable, el Juzgado me planteará una serie de preguntas bajo juramento acerca del delito del cual me declaré culpable. Las preguntas, al hacérmelas delante de mi abogado y para constar en el acta judicial, se las tendré que contestar y que de contestarlas falsamente, me podrán procesar por el delito de perjurio.

20. Yo sé que tengo el derecho de plantearle al Juzgado cualquier pregunta que tenga yo tocante a mis derechos, estas diligencias, y a mi declaración de culpabilidad ante el cargo.

21. Tengo _____ años de edad. He estudiado hasta el grado_____. Yo [sí] [no] entiendo inglés. (Ponga un círculo alrededor de "sí" o "no"). No estoy tomando medicamentos que pudieran interferir con mi capacidad de comprender las diligencias en este caso ni que afectaran mi capacidad de tomar la decisión de si declararme culpable o no.

22. Aparte de las promesas de la fiscalía que constan en el documento titulado <<Convenio Declaratorio>>, no hay promesas ni amenazas de ningún tipo ni de ninguna persona que me pudieran instigar o persuadir para que me declare culpable en este caso.

23. Nadie me ha prometido que yo recibiría la libertad a prueba, arresto domiciliario, ni ningún otro tipo de pena que yo deseara tener como resultado de mi declaración de culpabilidad.

24. He tenido tiempo suficiente para hablar de mi caso y de mi intención de declararme culpable con mi abogado. Ya no deseo consultar más con mi abogado antes de declararme culpable.

25. Estoy satisfecho con mi abogado y creo que me ha defendido adecuada y competentemente en este caso.

26. Mi decisión de declararme culpable la tomé después de pensarlo detallada y completamente, con el consejo de mi abogado, y con plena comprensión de mis derechos, los hechos, y las circunstancias del caso, y de las posibles consecuencias de mi declaración de culpabilidad. Yo no estaba bajo la influencia de ningún medicamento, droga, ni estupefaciente que afectara mi capacidad de tomar

decisiones cuando tomé la decisión de declararme culpable. Tampoco en este momento estoy bajo la influencia de ningún medicamento, droga o estupefaciente.

27. Quiero declararme culpable y no tengo dudas acerca de mi decisión.

28. En lo que se refiere a mi conducta, el resumen de los hechos que consta en el documento titulado <<Convenio Declaratorio>> es correcto y cierto, salvo lo que se haya indicado en el mismo documento.

29. Yo sé que tengo la libertad de cambiar o tachar cualquier cosa que se encuentre en este documento y que tengo la libertad de exponer mis objeciones y puntos en el documento titulado <<Convenio Declaratorio>> con que no esté yo de acuerdo. Acepto los dos documentos tal como están redactados actualmente.

30. Yo deseo declararme culpable ante la siguiente acusación: **La única cuenta de la Acusación Formal que imputa quebrantamiento del 8 U.S.C. § 1326(a) y (b)(1); reentrada ilegal de un indocumentado deportado tras una condena por delito mayor.**

Fecha de hoy, el 5th del mes de abril de 2019.

_____
DEIVY ROMERO LÓPEZ,
El Acusado

Yo doy fe que he hablado de esta afirmación y del documento titulado <<Convenio Declaratorio>> con el acusado. Doy fe que le expliqué completamente los derechos del acusado a él y también lo ayudé para rellenar este formulario. Creo que el acusado entiende sus derechos y estas afirmaciones.

Fecha de hoy, el 5 del mes de abril de 2019.

_____
LIC. MATTHEW K. BELCHER
Abogado del Acusado

*I, Patrick J. O'Connor, United States Court-certified interpreter and staff interpreter for the Federal Public Defender, Denver, Colorado, do hereby affirm that this translation of the original Statement in Advance into Spanish completed 4/3/19 is true and correct and done to the best of my abilities.*

7