IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DEIVY ROMERO-LOPEZ,

    Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that the sentencing hearing regarding Defendant Romero-Lopez is set **Wednesday, July 3, 2019 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.


Dated:  April 9, 2019