***UNITED STATES v. ROMERO-LOPEZ***

Case No. 18-cr-00096-LTB

---

Attachment 1



# Incident/Investigation Report

**Agency:** ACSO **Case Number:** 11CN16007302 **Date:** 03/04/2019 15:22:45

## Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 07/11/2016 00:17 | 07/11/2016 00:17 | 07/11/2016 00:17 | (AC9618) EHRHARDT, JASON |
| **Incident Location** | | | |
| W 72nd Ave / Clay St, Westminster, CO 80030 | | | |

## Charges

| # | Charge Type | Description | Statute | UCR | Att/Com |
|---|---|---|---|---|---|
| 1 | State | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 42-4-1301(1)(A | 90D | ☐ Att ☑ Com |
| 2 | State | DUI PER SE | 42-4-1301(2)(a) | 90D | ☐ Att ☑ Com |
| 3 | State | DRIVER'S LICENSE - DRIVING W/OUT | 42-2-101(1) | 91A | ☐ Att ☑ Com |
| 4 | State | SPEEDING | 42-4-1101(1)(A | 91A | ☐ Att ☑ Com |

| # | Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Entry | Exit | Criminal Activity | Weapons | Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ☑ Alcohol ☐ Drugs ☐ Computers | HIGHWAY/ROAD/ALLEY | | ☐ Yes ☑ No | | | | 1. None 2. 3. | | | | |
| 2 | ☑ Alcohol ☐ Drugs ☐ Computers | HIGHWAY/ROAD/ALLEY | | ☐ Yes ☑ No | | | | 1. None 2. 3. | | | | |
| 3 | ☑ Alcohol ☐ Drugs ☐ Computers | HIGHWAY/ROAD/ALLEY | | ☐ Yes ☑ No | | | | 1. None 2. 3. | | | | |
| 4 | ☑ Alcohol ☐ Drugs ☐ Computers | HIGHWAY/ROAD/ALLEY | | ☐ Yes ☑ No | | | | 1. None 2. 3. | | | | |



# Incident/Investigation Report

**Agency:** ACSO **Case Number:** 11CN16007302 **Date:** 03/04/2019 15:22:45

## Victims

| Seq. # | Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|---|
| 1 | SOCIETY/ PUBLIC | None | Unknown | Unknown |

| Name(Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| SOCIETY | U | U | | 00 |

| Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone |
|---|---|
| / | |

| Victim of Crimes | |
|---|---|
| 1,2,3,4 | |

## Offenders

| Seq. # | Type | Name(Last, First, M) |
|---|---|---|
| 1 | INDIVIDUAL | ROMERO-LOPEZ, DEIVY |

| AKA | Race | Sex | DOB | Age | Height | Weight |
|---|---|---|---|---|---|---|
| | W | M | 03/12/1990 | 26 | 5'09" | 170 lbs |

| Address | Home Phone |
|---|---|
| 475 RUSSELL BLVD APT. B-13, THORNTON, CO 80229 | |

| Employer Name/Address | Business Phone |
|---|---|
| / | |

| Scars, Marks, Tatoos or other distinguishing features |
|---|
| |

| Physical Characteristics |
|---|
| |

**Suspect Details**

# Incident/Investigation Report

**Agency:** ACSO **Case Number:** 11CN16007302 **Date:** 03/04/2019 15:22:45

## Vehicles

| Seq. # | Year | Color | Style | Make | Model |
|---|---|---|---|---|---|
| 1 | 2008 | RED / RED | | JEEP | LIBERTY |

| VIN | License Plate Type | License / State | License Year | Owner |
|---|---|---|---|---|
| 1J8GN28KX8W278729 | TEMPORARY | 074093N / CO | 2016 | FIVE STARS AUTO SALES LLC |

| Status | Status Date | Value |
|---|---|---|
| INFORMATION ONLY | 07/11/2016 | |

**Vehicle Notes**

## Notes/Narratives

On 071116 at 0017 hours I was traveling westbound on 72nd Avenue from the 1800 block. At that time I was behind a red Jeep Liberty with Colorado temp tag #074093N. My dash mounted RADAR (unit #17) clocked the vehicle at a speed of 46 mph from the 1800 block until the 2600 block. The posted speed limit at the location is 30 mph. The vehicle also made a lane change at 72nd Avenue & Zuni without using a turn signal. I activated my emergency lights and the vehicle pulled over at 72nd Avenue & Clay St.

I contacted the driver of the vehicle, Daivy Romero-Lopez. I identified myself and advised him why he had been stopped. He spoke in broken English. Daivy could not provide a drivers license and only a Mexican ID card. As I was talking to Daivy I detected an odor of an alcoholic beverage on his breath, slurred speech and watery/bloodshot eyes. I asked him if he had been drinking and he replied that he had three beers. I asked him if he wanted to participate in voluntary roadside maneuvers and he agreed.

I asked him to exit his vehicle and he complied. I directed him to the rear of his vehicle. He swayed back and forth as he walked. I began voluntary roadside maneuvers at 0020 hours. Due to the slight language barrier he was only able to participate in the HGN maneuver. During that maneuver I observed six out of a possible six clues. At 0027 hours I placed him into custody for investigation of driving under the influence of alcohol. I advised him of the express consent law and he opted for a breath test. The vehicle was locked and left on scene per his request.

Daivy was transported to the substation. We arrived at 0046 hours. At 0113 hours I administered the intoxilyzer exam in accordance with all the rules and regulations. The result was a BrAC of .085 grams alcohol per 210 liters of breath. A clearance of Daivy stated that he did not have a valid drivers license. Daivy was issued a summons and notice of revocation. He was released to the Washington House Detox Center.

## Notes/Continuation



# Incident/Investigation Report

**Agency:** ACSO **Case Number:** 11CN16007302 **Date:** 03/04/2019 15:22:45

# ARREST REPORT

Fingerprinted: [1] Yes [X] No
R84 Completed: [1] Yes [2] No

## IDENTIFICATION

| Field | Value |
|---|---|
| 1 ORI # | CO0010000 |
| 2 AGENCY NAME | Adams County Sheriff's Office |
| 3a ARREST # | 2016006754 |
| 3b CASE # | 11CN16007302 |
| 4 SFX | |
| 5 LAST, FIRST, MIDDLE NAME | Romero-lopez, Deivy |
| ILEADS ID | 1609408 |
| 6 ALIAS AKA | |
| 7 SEX | [X] M [2] F |
| 8 RACE | [X] W [2] B [3] A [4] I |
| 9 HGT. | 5'09 |
| 10 WGT. | 170-0 |
| 11 EYE | BRO |
| 12 HAIR | BRO |
| 13 SKIN | |
| 14 | [1] SCARS [2] MARKS [3] TATTOOS [4] AMPUTATIONS |
| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | Mexico |
| 16 SSN | |
| 17 DATE OF BIRTH | 03/12/1990 |
| 18 AGE | 26 |
| 19 MISCELLANEOUS ID # | |
| 20 SID # | [redacted] |
| 21 FINGERPRINT CLASS (KEY, MAJOR, PRIMARY, SCDV, SUB-SECONDARY, FINAL; HENRY CLASS; NCIC CLASS) | |
| 22 DL # | [redacted] |
| 23 ST | CO |
| 24 FBI # | [redacted] |
| 25 IDENTIFICATION COMMENTS | |
| 26 | [1] RESIDENT [X] NON-RESIDENT |
| 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 475 Russell Blvd Apt B-13, Thornton, CO 80229 |
| 28 RESIDENCE PHONE | |
| 29 OCCUPATION (BE SPECIFIC) | |
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | |
| 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | |
| 32 BUSINESS PHONE | |

## ARREST

| Field | Value |
|---|---|
| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | W 72nd Ave / Clay St Westminster, Co 80030 |
| 34 SECTOR # | |
| 35 ARRESTED FOR YOUR JURISDICTION? | [ ] YES [ ] NO; [1] IN STATE [2] OUT STATE AGENCY |
| 36 CONDITION OF ARRESTEE | [1] DRUNK [2] DRINKING [3] SOBER [4] DRUGS |
| 37 RESIST ARREST? | [1] YES [2] NO |
| 38 INJURIES? | [1] NONE [2] OFFICER [3] ARRESTEE |
| 39 ARMED? | [1] Y [X] N |
| 40 DESCRIPTION OF WEAPON | |
| 41 DATE OF ARREST | 07/11/2016 |
| 42 TIME OF ARREST | 00:27 [1] 1. AM [2] 2. PM [X] MIL. |
| 43 DAY OF ARREST | [S] [X] M [T] [W] [T] [F] [S] |
| 44 TYPE ARREST | ON-VIEW CRIME & ARR AT SAME |
| 45 ARRESTED BEFORE? | [1] YES [2] NO [X] UNKNOWN |

| Charge | Type | UCR Code | State Code/Local Ord. | Warrant # | Disposition | Date Issued |
|---|---|---|---|---|---|---|
| 46 CHARGE-1: Driving Under The Influence | [X] MISD | 90D | 42-4-1301(1)(A) | | | 01/12/2007 |
| 48 CHARGE-2: Dui Per Se | [X] MISD | 90D | 42-4-1301(2)(a) | | | 01/12/2007 |
| 56 CHARGE-3: Driver`s License - Driving | [X] MISD | 91A | 42-2-101(1) | | | 01/12/2007 |
| 58 CHARGE-4: Speeding | [1] FEL [2] MISD | 91A | 42-4-1101(1)(A) | | | 01/12/2007 |

66 ARREST DISPOSITION: Released On Summons - Adult

68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME):

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME):

## VEHICLE

70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY

78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND #

VEHICLE RELATED TO: | VEHICLE RELATION:

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

[ ] CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT

83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE

87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE

## RELEASE

91 DATE AND TIME OF RELEASE [1] AM [2] PM [3] MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID #

95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

LOCAL USE

102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE

MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N

| Field | Value |
|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) | Ehrhardt, Jason |
| 112 ID # | AC9618 |
| 113 ARRESTING OFFICER (LAST, FIRST, M.) | |
| 114 ID # | |
| 115 SUPERVISOR | Robbins ID # AC0320 |
| 116 WATCH CMDR. | ID # |

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | | 1 AM / 2 PM / X MIL | 118a. CASE # | 119 SFX |
|---|---|---|---|---|---|
| | 07/11/2016 | 00:27 | MIL | 11CN16007302 | 1 |
| | | | | 118b. ARREST # 2016006754 | |

120 ADDITIONAL ARREST INFORMATION

# Adams County Sheriff's Office DRIVE UNDER INFLUENCE/FIELD SOBRIETY INCIDENT REPORT

| DUI CASE # | INCIDENT CASE # | ARREST CASE # | TRAFFIC ACCIDENT CASE # | CITATION # | OFFENSE CLASSIFICATION | OFFICER OBSERVED SUBJECT DRIVING |
|---|---|---|---|---|---|---|
| 2016000345 | 11CN16007302 | 2016006754 | | | MISDEMEANOR | ☐ YES ☒ NO |

| DRIVER: NAME (LAST, FIRST, MIDDLE) | RACE | SEX | HGT | EYE | HAIR | WGT | COMP | AGE | DOB | ETHNICITY | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROMERO-LOPEZ, DEIVY | W | M | 5 ' 09" | BRO | BRO | 170 | | 26 | 03/12/1990 | H | U |

| HOME ADDRESS | CITY | STATE | ZIP | PHONE | OLN | SSN |
|---|---|---|---|---|---|---|
| 475 RUSSELL BLVD B-13 | THORNTON | CO | 80229 | - | CO 162020711 | - - |

| VEH TYPE | STYLE | VEH YEAR | VEH MAKE | VEH MODEL | VEH COLOR | LIC. PLATE NO. | LIC. STATE | LIC. TYPE | VIN | IBR STATUS CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## OBSERVATION

INITIAL DRIVING OBSERVATIONS BY REPORTING OFFICER:

| WEATHER | TRAFFIC CONDITIONS | LIGHTING CONDITIONS |
|---|---|---|
| NONE | LIGHT | DARK - LIGHTED |

| LOCATION OF ROADSIDES | DATE | TIME |
|---|---|---|
| 72ND & CLAY | 07/11/2016 | 00:22 |

| EYES | CLOTHING | ATTITUDE | COMPLEXION |
|---|---|---|---|
| BLOODSHOT/WATERY | | | |

| SPEECH | BREATH | INJURY/ILLNESS |
|---|---|---|
| SLURRED | STRONG ODOR | ☐ YES ☒ NO |

| EVIDENCE SEIZED | ACCIDENT | PASSENGERS |
|---|---|---|
| | NONE | ADULT: 1 JUVENILE: ☐ INJURIES ☒ WITH SUSPECT ☐ OPEN CONTAINER |

## FIELD SOBRIETY TESTS

### HORIZONTAL GAZE NYSTAGMUS

☒ NONE ☐ CONTACTS HARD EQUAL TRACKING ☒ YES ☐ NO

☐ GLASSES ☐ CONTACTS SOFT EQUAL PUPILS ☒ YES ☐ NO

| LEFT | RIGHT | | NOT PERFORMED | STOPPED FOR SAFETY REASONS |
|---|---|---|---|---|
| ☒ | ☒ | EYE DOES NOT PURSUE SMOOTHLY | ☐ | ☐ |
| ☒ | ☒ | DISTINCT HGN AT MAX. DEVIATION | ☐ | ☐ |
| ☒ | ☒ | NYSTAGMUS ONSET BEFORE 45 DEGREES | ☐ | ☐ |

TOTAL SCORE (MAX SCORE 6): 6

### ONE LEG STAND

LEFT ☐ RIGHT ☐

| | 0 - 10 SEC | 10 - 20 SEC | 20 - 30 SEC |
|---|---|---|---|
| SWAYS | | | |
| RAISES ARMS | | | |
| HOPS | | | |
| FOOT DOWN | | | |

☒ NOT PERFORMED

☐ STOPPED FOR SAFETY REASONS

TOTAL SCORE (MAX SCORE 4):

### WALK AND TURN

☐ CAN NOT KEEP BALANCE

☐ STARTS TOO SOON

| | FIRST 9 STEPS | SECOND 9 STEPS |
|---|---|---|
| STOPS WHILE WALKING | | |
| MISSES HEEL-TOE | | |
| STEPS OFF THE LINE | | |
| RAISES ARMS | | |
| ACTUAL STEPS TAKEN | | |
| IMPROPER TURN | | |

☒ NOT PERFORMED

☐ STOPPED FOR SAFETY REASONS

TOTAL SCORE (MAX SCORE 8):

### OTHER ROADSIDES MANEUVERS

1.
2.
3.
4.
5.

## PBT TEST RESULTS

| CHEMICAL TEST OFFERED | IF UNABLE OR REFUSED, WHY? |
|---|---|
| YES | |

| BREATH TEST DATE | ANY ORAL CONSUMPTION BY DEF-20 MIN. PRIOR TO TEST | TIME OF CONTACT | TIME AT STATION | TEST LOCATION | OPERATOR |
|---|---|---|---|---|---|
| 07/11/2016 | NO | 00:17 | 00:46 | SHERIFF'S OFFICE | ARRESTING OFFICER |

| TIME OF FIRST TEST | RESULT | TIME OF SECOND TEST | RESULT | STANDARDS BY | DATE |
|---|---|---|---|---|---|
| 01:13 | .086 ☐ % ☒ BAC | 01:17 | .085 ☐ % ☒ BAC | | |

| BLOOD TEST DATE | TIME | RESULT | KIT # | TEST LOCATION | TEST RECORD# | BLOOD DRAWN BY | BLOOD SEALED BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REPORTING OFFICER: (AC9618) EHRHARDT, JASON SIGNATURE: DATE:

SUPERVISOR: SIGNATURE: DATE:

User: AHUNTER Adams County Sheriff's Office 03/04/2019 15:22:49

## Adams County Sheriff's Office DRIVE UNDER INFLUENCE/FIELD SOBRIETY INCIDENT REPORT

| MORE EVIDENCE SEIZED | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### EXPLAIN IF UNABLE TO DO THE TEST - HORIZONTAL GAZE NYSTAGMUS OR ONE LEG STAND

SLIGHT LANGUAGE BARRIER

### EXPLAIN IF UNABLE TO DO THE TEST - WALK AND TURN

SLIGHT LANGUAGE BARRIER

### STATEMENTS AND NARRATIVE

STATEMENTS MADE BY DRIVER:

NARRATIVE:

Page 2 of 2

HCN16001802

DR 2576P (07/13/09)
**COLORADO DEPARTMENT OF REVENUE**
DIVISION OF MOTOR VEHICLES
DRIVER CONTROL/TRAFFIC RECORDS
DENVER CO 80261-0016
(303) 205-5613

# EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION

**YOU MUST ACT WITHIN 7 DAYS**
**THIS IS A LEGAL DOCUMENT**

Number 3185839

*Date of Notice 071116

| Respondent's Last Name | First Name | Middle Name | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|
| Romero-Lopez | Daivy | — | M | 509 | 170 | Bro | Bro |

| Date of Birth (MO/DY/YR) | Mailing address |
|---|---|
| 031296 | 475 Russell Blvd B13 Thornton CO 80229 |

| Colorado PIN # or Other State's DL # | Class | State | CDL ☐ | CMV ☐ | HAZMAT ☐ | Accident ☐ Fatal ☐ |
|---|---|---|---|---|---|---|
| n/a | — | — | | | | |

| Plate # | Registered Owner's Name (last, first, middle) ☐ Same as above | Actual Physical Control AM PM |
|---|---|---|
| 074093N | unknown | |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

At 0117 AM on 071116 (date) you were operating a motor vehicle at: (location) 1800-2000 W 72nd Ave

You were contacted for: speeding (reason for contact)

On contact you had the following:
**BREATH** ☐ Normal ☑ Odor of alcoholic
**EYES** ☐ normal ☑ bloodshot ☐ glassy ☑ watery ☐ other
**SPEECH** ☐ normal ☐ slurred ☐ distinct ☐ other
**BALANCE** ☐ normal ☑ unsteady ☐ falling ☐ other

Voluntary roadside maneuvers ☑ Yes ☐ No ☐ refused
Satisfactorily completed as compared to a sober person ☐ Yes ☑ No
Colorado Express Consent Law read or explained to respondent ☑ Yes ☐ No
☐ refused
(what did officer see or hear)

Chemical test chosen ☐ blood ☑ breath
Time of test/blood draw AM PM on
Date of Stop 071116
B.A.C. .085

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**

**THIS IS YOUR OFFICIAL ORDER.** Unless you make a written request for hearing, surrender your license, and receive a permit from the Department as explained below, this order takes effect on the eighth (8th) day following the Date of Notice*. This order remains in effect until you serve the period of revocation, comply with the provisions of **§42-2-132 C.R.S.**, and complete the reinstatement process. Following reinstatement, you may have to pass a written and drive test before receiving a new driver's license.

[ ] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial licensee.)

[X] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of **0.08** or more, or **0.02** or more if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - nine months, three months if under 21 and B.A.C. is under 0.08, one year if commercial licensee. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - two years, life if commercial licensee.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of **0.04** or more, or at least **0.02** but less than **0.04** if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04 . THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04).

**YOU HAVE THE RIGHT TO REQUEST A HEARING (§42-2-126(7) C.R.S.) You must request a hearing in writing.** If the department does not receive your written request by the first business day following the sixth (6th) calendar day from the Date of Notice*, you waive your right to hearing and this order is final. You may make your request for hearing in person at any Colorado Driver's License Office; **BRING THIS AFFIDAVIT AND NOTICE WITH YOU.** If you surrender a valid license either prior to or at the time of your written request, The Department may issue a temporary permit at that time; if issued, that permit is valid until your first scheduled hearing date. If the Department does not issue a temporary permit, this order takes effect on the eighth (8th) day following the Date of Notice* and your privilege is revoked pending final determination at hearing. **The hearing you request with the Department concerns only your driving privilege; it is not your court appearance. Refer to the Uniform Summons and Complaint in your paperwork for instructions regarding your court appearance on criminal charges.**

**SURRENDER OF DRIVER'S LICENSE** Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver's license you hold. When you surrender your driver's license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the Date of Notice*.

**TEMPORARY PERMIT** This entire notice and order is a temporary permit which expires on the seventh (7th) day after the Date of Notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057- Do not issue permit. |
|---|---|
| ☐ Yes ☑ No | ☑ Yes ☐ No **Restrictions/Endorsements:** |

| Personally Served? (If blood do not serve) | Respondent's Signature (Officer, please explain a missing signature) |
|---|---|
| ☑ Yes ☐ No | [signature] |

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

| Officer's Signature | Officer's Printed Name |
|---|---|
| [signature] | E. Inhardt |

| Officer Number | Law Enforcement Agency (No Abbreviations, please) | County | District | Troop |
|---|---|---|---|---|
| 9618 | Adams County Sheriffs | Adams | | |

(Original: Department of Revenue) **Read other side for information (Affidavit and Notice continues on back of form)**

**AGENCY**

# INFORMATION CONCERNING COLORADO LAW

1. Any person who drives a motor vehicle in Colorado is deemed to have given express consent to a test of his/her breath or blood for the purpose of determining the alcohol content if a police officer has probable cause to believe a person has been driving a motor vehicle while under the influence of, or impaired by alcohol.

2. Any person who drives a motor vehicle in Colorado is deemed to have given express consent to submit to a test of his/her blood, saliva, and/or urine for the purpose of determining the drug content if a police officer has probable cause to believe a person has been driving a motor vehicle while under the influence of, or impaired by drugs.

3. You are not allowed to speak to an attorney prior to responding to the Officer's request for test(s).

4. If your lack of cooperation prevents the requested test(s) from being completed within two hours of your driving, you will be deemed to have refused testing.

5. A refusal to sign any release or consent form(s) required by a person authorized to take or withdraw specimens is a refusal to take the required test(s).

6. The result of the test(s) or your refusal to take the test(s) may be used in evidence against you in any proceedings on charges that have been or will be filed against you.

7. If you are under the age of 21 and this is a first revocation for at least 0.02 and your blood alcohol content was not greater than 0.05, you may be eligible to have the license revocation changed to a license suspension and to have a probationary driver's license after serving 30 days of the license revocation. To receive more information, contact the Hearing Section, Denver, CO 80261, (303) 205-5606.

8. If you are 21 or older and this is a nine-month revocation for having a B.A.C. of 0.08 or more in a non-commercial/HAZMAT vehicle, you may apply for early reinstatement of your driving privilege with an interlock restricted license after you serve one month under revocation. In order to qualify for early reinstatement, you must have an ignition interlock device installed on your vehicle. The requirement for the ignition interlock device and the interlock restriction will remain for a minimum of eight months. If your B.A.C. tested at or above 0.17, item #9 below also applies.

**For more information please go to www.revenue.state.co.us or call 303-205-5613.**

9. If your B.A.C. tested at or above 0.17 or if this is a second or subsequent offense, as a condition of license reinstatement you will be required to complete a Level II alcohol education and therapy program administered by a provider certified by the Division of Behavioral Health of the Colorado Department of Human Services. Also, for a period of at least two years, following reinstatement, your privilege to drive will be restricted to the operation of a motor vehicle equipped with an ignition interlock device.

# Intoxilyzer 9000 Evidential Breath Alcohol Test (EBAT) Test Report

Subject Name:
ROMERO-LOPEZ, DAIVY
DOB: 03/12/1990
Sex: Male
Driver License: NONE
State: CO
Zip Code: 80229

Location: ADAMS COUNTY SHERIFF'S OFFICE

Serial Number: 90-000365
Test Number: 036316[illegible]004
Case Number: [illegible]
Date & Time of Offense: 07/11/2016 00:17

ROMERO-LOPEZ, DAIVY
Test Date: 07/11/2016

Intoxilyzer Operator:
EHRHARDT, JASON R
Last Certification Date: 02/29/2016
Agency: ADAMS COUNTY SHERIFF'S OFFICE

Arresting Officer:
EHRHARDT, JASON R
Agency: ADAMS COUNTY SHERIFF'S OFFICE
Crash: No Injury: No

20-minute deprivation period Start Time: 00:48 End Time: 01:11

- x The 20-minute deprivation period has been conducted at the certified EBAT facility by a certified EBAT instructor or operator that is in an active status.
- x The subject has removed any foreign material from the mouth cavity that is not permanent in nature, prior to starting the 20-minute deprivation period.
- [X] The subject has been deprived access to foreign material that may be introduced into the mouth cavity during the 20-minute deprivation period.
- [X] The subject has been observed for signs of belching, regurgitation, or intake of any foreign material into the mouth cavity during the 20-minute deprivation period.

| EBAT Test Sequence | g/210L | Time |
|---|---|---|
| Air Blank | 0.000 | 01:11:22 |
| Sim Temp | 33.9 C | |
| Wet Cal Chk | 0.097 | 01:11:48 |
| Air Blank | 0.000 | 01:12:28 |
| Subject Sample | 0.086 | 01:13:00 |
| Breath Volume | 2.73 Liters | |
| Air Blank | 0.000 | 01:13:44 |
| Diagnostics | Passed | 01:13:47 |
| Air Blank | 0.000 | 01:14:26 |
| Wait | | 01:16:29 |
| Air Blank | 0.000 | 01:17:06 |
| Subject Sample | 0.085 | 01:17:29 |
| Breath Volume | 2.62 Liters | |
| Air Blank | 0.000 | 01:18:12 |
| Sim Temp | 33.9 C | |
| Wet Cal Chk | 0.098 | 01:18:39 |
| Air Blank | 0.000 | 01:19:18 |

Final Result 0.085 g/210L

COMMENTS:

I am currently certified as an EBAT operator and attest that this Evidential Breath Alcohol Test (EBAT) has been performed in compliance (5CCR 1005-2) following the procedures set forth by the CDPHE.
I authenticate the information provided on this report is produced by the certified EBAT instrument used to perform this test.

07/11/2016

Certified EBAT Instructor or Operator Signature Date

ADAMS COUNTY SHERIFF'S OFFICE

**UNIFORM SUMMONS & COMPLAINT OR PENALTY ASSESSMENT**

NO. **SES0055412**

CR #: **16-7302**

THE PEOPLE OF THE STATE OF COLORADO VS: SSN: ROAD CODE

| Defendant (Last Name) (First) (Middle) | Date of Birth Mo. Day Yr. | Age | | Violation Mo. Day Yr. |
|---|---|---|---|---|
| ROMERO-LOPEZ , DAIVY | 3/12/1990 | 26 | ( ) Traffic ( ) Penal | 7/11/2016 |

| Defendant's Address | City | State | Zip Code | Direction of Travel | Approx. Time of Violation |
|---|---|---|---|---|---|
| 475 RUSSELL BLVD Apt b-13 | *THORNTON | CO | 80229 | W | 00:17 |

| Driver's License Number and Type | | State | Race | Sex | Height | Weight | Hair | Eyes | Home Telephone | County | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | ID | CO | W | M | 509 | 170 | BRO | BRO | | Adams | 12 |

| Employer Name | Employer Address | Occupation | Business Telephone | Traffic Accident | Injuries Involved |
|---|---|---|---|---|---|
| | | | | NO | NO |

| Vehicle License Number and Type | State | Veh. Year | Make | Type or Body Style | Approximate Location of Violation, State of Colorado |
|---|---|---|---|---|---|
| 074093N | CO | 2008 | JEEP | SUV | On: 1800-2600 W 72ND AVENUE |

| Vehicle Color (Top/Bottom) | VIN | At Intersection with: |
|---|---|---|
| RED | 1J8GN28KX8W278729 | |

YOU ARE SUMMONED AND ORDERED TO APPEAR TO ANSWER CHARGES AS STATED BELOW IN:

Registered Owner (Name and Address) NO Same as above; or UNK

**ADAMS COUNTY COURT AT: 1100 JUDICIAL CENTER DRIVE IN: BRIGHTON, COLORADO 80601 On: 9/19/2016 at: 08:30 AM**

| Offense: DRIVING UNDER THE INFLUENCE ALCOHOL | | | | Common Code: 800 |
|---|---|---|---|---|
| Code: 73281 | Statute Sect.: 42-4-1301(1)(A) | Sum | Points: 12 | |

| Offense: DUI PER SE | | | | Common Code: 812 |
|---|---|---|---|---|
| Code: 73124 | Statute Sect.: 42-4-1301(2)(A) | Sum | Points: 12 | |

| Offense: DRIVER'S LICENSE-DRIVING W/OUT | | | | Common Code: 060 |
|---|---|---|---|---|
| Code: 72011 | Statute Sect.: 42-2-101(1) | Sum | Points: 3 | |

| Offense: SPEEDING 10-19 OVER LIMIT | | | | Common Code: 005 |
|---|---|---|---|---|
| Code: 73103 | Statute Sect.: 42-4-1101(1) | Sum | Points: 4 | Actual Speed: 46 Posted Speed: 30 |

| PHOTOGRAPHED: YES | FINGERPRINTED | CDL: NO | CMCL VEH REQ CDL INVOLVED | CMV USDOT # | HAZ MAT NO |
|---|---|---|---|---|---|
| Total Fine $ Sum | Total Surcharge $ Sum | | DNA $ NA | TOTAL TO BE PAID BY MAIL $ | Sum |

SUMMONS TRAFFIC INFRACTION ( X ) OFFENSE ( X )

Without admitting guilt, I promise to appear at the time and place indicated above.

DEFENDANT

NOTICE: SEE INSTRUCTIONS BELOW

My signature is a promise to pay this penalty assessment within 20 days. With payment I acknowledge guilt of all charges listed above and understand that the points indicated will be assessed against my driver's license. If I do not pay my signature is a promise to appear in court.

DEFENDANT XXXX

NOTICE: SEE INSTRUCTIONS BELOW

THE UNDERSIGNED HAS PROBABLE CAUSE TO BELIEVE THAT THE DEFENDANT COMMITTED THE OFFENSE(S) AGAINST THE PEACE AND DIGNITY OF THE PEOPLE OF THE STATE OF COLORADO AND AFFIRMS THAT A COPY OF THIS SUMMONS & COMPLAINT OR PENALTY ASSESSMENT WAS SERVED UPON THE DEFENDANT.

OFFICER PRINT LAST NAME Ehrhardt

| DISTRICT | TROOP | PATROL | DATE ISSUED MO. DAY YR. | No. |
|---|---|---|---|---|
| 1 | | TAC24 | 07/11/2016 | SES0055412 |

OFFICER BADGE NO 96-18

Date of Issuance: **07/11/2016**
Shift:
Car #:
EVENT: ***NONE**
2nd Officer:
Stop Type: **TRAFFIC**
Accident: **NO**
Photo ID: **NO**
Towed: **No**
School Zone: **NO**
Const Zone Work Pres: **NO**
Traffic Conditions:
Weather Conditions:
Violator Attitude:
Road Conditions:
Immigration: **No**
Secondary Type:
Name of Secondary Type:
Secondary Address:
Bus City:
Bus State and Zip: **CO**
Void Reason:

**No. ES0055412**

CR #: **16-7302**

VES: **45**
Alleged Speed: **46 MPH**
Posted Speed: **30 MPH**
Distance:
Speed Determined By: **RADAR**
Method: **Hand Held**
Laser #: **3854**
Radar #: **17**
L/R Tested?: **Yes**
Fork #:
MPH:
Fork 2 #:
MPH:

**Officer Notes:**

**Picture**

**Fingerprint**

# Adams County Colorado
## Cash Receipt

**Adams County Sheriff's Office**

Records Section
4201 E. 72nd Avenue, Suite C
Commerce City, CO 80022

Sheriff's Administration Section
332 North 19th Avenue
Brighton, Colorado 80601

| | |
|---|---|
| Customer Name | RIVKA MORGAN–SHERMAN |
| Customer Address | FEDERAL PUBLIC DEFENDER CASE REPORT REQUEST |
| Receipt Number | SR8341 |
| Receipt Date | 03/04/19 |
| Cashier ID | HUNTEA |
| Payment Method | Check/Money Order |
| Check Number | 2265 |
| Reference Number | 16–7302 |

| Item Code | Description | Quantity | Rate | Extended Amount | Item Comment |
|---|---|---|---|---|---|
| SCH | Search Fee | 1 | 5.00 | 5.00 | |
| CR | Case Report | 4 | .25 | 1.00 | |
| | | | Receipt Total | 6.00 | |

SR8341