# UNITED STATES v. ROMERO-LOPEZ

Case No. 18-cr-00096-LTB

---

Attachment 5



U.S. Department of Homeland Security
Immigration and Customs Enforcement

## REPORT OF INVESTIGATION

| Title: Cupatzieeri BARCENAZ-De Paz | File Number: A098 486 234 | Date: 05/16/2019 |
|---|---|---|
| Charge: 8 U.S.C. 1326(a) and (b)(2) | Unlawful Aggravated Felony Re-Entry | Report Number: |
| **Deportation Officer:** *(Name)*    *(Signature)*<br>Gregory Davies, Deportation Officer | | Office: Centennial, Colorado |
| **Approved by:** *(Name and Title)*    *(Signature)*<br>Samuel Edwards, Supervisory Detention and Deportation Officer | | Office: Centennial, Colorado |

### SYNOPSIS

Cupatzieeri BARCENAZ-De Paz, AKA RAMIREZ, Eduardo, is a 23-year-old male, native and citizen of Mexico by birth in Mexico City, Mexico, on July 17, 1995. BARCENAZ is currently in custody with the US Marshals, in Denver, Colorado. He last entered the United States unlawfully at or near El Paso, Texas, on or about September of 2018. A records search of NCIC and agency indices reveal that FBI# 875202KD6 pertains to BARCENAZ, as well ICE File A098 486 234. BARCENAZ was also determined to have been last removed from the U.S. to Mexico on March 13, 2018, through El Paso, Texas, subsequent to a conviction classified as an aggravated felony.

### ENCOUNTER

On April 26, 2019, Immigration and Customs Enforcement (ICE) determined that BARCENAZ had reentered the United States upon receiving a biometric hit confirmation, based on fingerprint identification, from the Law Enforcement Support Center (LESC), after he was detained by local law enforcement in Thornton, Colorado. The Thornton Police Department encountered and cited BARCENAZ on suspicion of Driving Under the Influence (DUI). At time of initial encounter,

Form G-166 (Rev. 9-1-85) N

BARCENAZ presented a "U.S. Resident Card" bearing his photo, along with the name "Eduardo Ramirez" and a date of birth of July 17, 1995. (Records checks confirm the Alien Registration Number listed on the card is a valid number assigned to a female native of Brazil and naturalized U.S. citizen.) BARCENAZ was transported to the Thornton Police Substation, issued a summons and complaint for DUI, and released on April 27, 2019. Throughout the encounter, BARCENAZ verbally identified himself as, and signed all paperwork under the name "Eduardo Ramirez". Thornton officials did not learn of BARCENAZ' true identity until after his release, based on the booking fingerprints previously obtained. ICE then received notification of the encounter, via ACRIME, several hours after his release from custody.

On April 26, 2019, BARCENAZ claimed he was presently residing at 301 East Malley Drive, Apartment # 345, Northglenn, CO 80233. On May 1, 2019, ICE Fugitive Operations DO Martin Mendez conducted routine surveillance at the reported address and, at approximately 0630 hours, visually identified BARCENAZ as he exited the area immediately adjacent to apartment # 345 and onto a walkway leading towards the parking lot. Once in the parking lot, BARCENAZ was observed getting into the driver's seat of a black Jeep Grand Cherokee bearing Colorado plate CIV960 (VIN# 1J4GW48S3YC297540), which is registered to "Gema Barcenaz". Information found within his administrative file confirms this individual is, in fact, BARCENAZ' sister. On May 8, 2019, ICE Supervisory Detention & Deportation Officer (SDDO) Kevin Cruz, repeated surveillance at the reported address and, at approximately 0638 hours, observed BARCENAZ depart the building in the same area and enter the same vehicle, as was observed by DO Mendez on May 1, 2019. Each time BARCENAZ was observed leaving the residence, he was followed to his work located at 104th Ave and Joliet Str in Henderson, Colorado. On May 14th and 15th, the car was not located at the address, but seen at the worksite.

On May 16, 2019, members from the ICE Special Response Team (SRT) assisted by members of the operation teams conducted surveillance at the original address of 301 East Malley Drive, APT # 345, Northglenn, CO 80233, but the car was not located. The teams then were placed in different locations at the known worksite at 104th Ave and Joliet Str. At 0653 DO Jerimee Joyner identified the black Jeep Grand Cherokee bearing Colorado plate CIV960, and was able to visually identify the driver as BARCENAZ. He then followed the car maintaining visual as it proceeded to the worksite. At 0655 SDDO Cruz activated his emergency lights behind the target vehicle, and as it turned onto Joliet, it yielded to the side of the road. The approach team consisting of DOs Martin Mendez, Jefferey Jenkins, Christopher Harms and Abraham Luna, approached the BARCENAZ and gave him verbal commands to exit the vehicle. BARCENAZ did not respond to the officer's commands, and DO Mendez, approached the driver's side door, opened it and escorted BARCENAZ out of the vehicle. BARCENAZ was placed into custody at 0655. BARCENAZ was transported to the Denver Field office without incident.

## INTERVIEW / SWORN STATEMENT

On May 16, 2019, BARCENAZ was advised of his Miranda Rights by DO Luna. BARCENAZ waived his rights and agreed to provide a sworn statement without the presence of an attorney. In the affidavit, BARCENAZ admitted to his true and correct name as Cupatzieeri BARCENAZ-De Paz. BARCENAZ also stated that he is a citizen and native of Mexico, born in Mexico City, Mexico, on July 17, 1995. BARCENAZ admitted to illegally entering the United States on or about September of 2018, at or near El Paso, Texas, by walking across the border. BARCENAZ states he entered the United States without inspection by an immigration officer. He also admitted he was previously deported from the United States through El Paso, Texas, but could not remember the date. BARCENAZ further admitted that he did not seek permission from the United States Attorney General to reenter the United States after his removal. BARCENAZ admitted to the officers that he intentionally used false names because he was afraid that this would happen, in his statement he said, I didn't want anyone to find me. Anyone, especially because of my record and because in Mexico I was afraid of my tattoos.

From the record of sworn statement, immigration and criminal record checks, and from fingerprint identification, ICE/ERO agents determined that BARCENAZ was a previously removed aggravated felon alien who was found within the United States in violation of law. It was revealed that he had re-entered the U.S. unlawfully, without benefit of inspection and admission, on or about September of 2018. It was also determined that BARCENAZ had re-entered the United States without having obtained prior permission or consent from the U.S. Attorney General or the Secretary of Homeland Security to re-apply for lawful admission. BARCENAZ was processed for administrative removal through the reinstatement of his prior order of removal, pursuant to Section 241 (a) (5) of the Immigration and Nationality Act (INA).

## PROOF OF ALIENAGE

After being advised of Miranda, BARCENAZ provided a sworn statement, dated May 16, 2019, in Centennial, Colorado, wherein he admitted to being a citizen of Mexico.

## CONVICTIONS

BARCENAZ was, on June 20, 2017, convicted in the 243rd District Court of Texas, El Paso County, for the Offense of Sexual Assault on a Child, a 2nd Degree Felony in violation of 22.011(A)(2) PC, for which BARCENAZ was placed on community supervision for a period of ten (10) years.
Case Number 20170D01344

BARCENAZ was, on March 2, 2016, convicted in the 41st District Court of Texas, El Paso County, for the offense of Possession of a Controlled Substance, to wit: Methamphetamine, a Class A Misdemeanor offense in violation of section 481-116(b) of the Texas Health & Safety Code), for which BARCENAZ was sentenced to one (1) day of confinement.
Case Number 20150D03820

Form G-166 (Rev. 9-1-85) N

BARCENAZ has an active non-extraditable arrest warrant out of El Paso County, Texas for the offense of Assault Causing Bodily Harm.
Warrant Number W182825862

## REMOVALS / DEPORTATIONS

A review of the administrative case file indicates that BARCENAZ:

- First entered the United States illegally on or about June 21, 1999, at or near El Paso, Texas.

- Became a Lawful Permanent Resident on November 01, 2012.

- Was ordered removed to Mexico by an immigration judge in Chaparral, New Mexico, on January 19, 2018.

- Was removed to Mexico on March 13, 2018, through El Paso, Texas.

- Illegally re-entered the United States on or about September of 2018, at or near El Paso, Texas.

- Encountered by ICE in the District of Colorado on April 26, 2019. BARCENAZ was served with a Notice of Intent / Decision to Reinstate his Prior Order of Removal on May 16, 2019, in Centennial, Colorado.

Violation/Venue

Violation is: **8 USC §1326(b) (2) Re-entry After Removal Following an Aggravated Felony Conviction; criminal penalties for reentry of certain removed aliens [INA § 276]**

**(a)** Subject to subsection (b) of this section, any alien who--

**(1)** has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter

**(2)** enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from a foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior act, shall be fined under Title 18, or imprisoned not

more than 2 years, or both.

**(b)** Notwithstanding subsection (a) of this section, in the case of any alien described in such subsection--

**(1)** whose removal was subsequent to a conviction for three or more misdemeanors involving drugs, crimes against the person, or both, or a felony (other than an aggravated felony), such alien shall be fined under Title 18, imprisoned not more than 10 years, or both; or
**(2)** whose removal was subsequent to a conviction for the commission of an aggravated felony, such alien shall be fined under Title 18, imprisoned not more than 20 years, or both.

**Venue lies in the District of Colorado.**

Evidence/Testimony

| | | | |
|---|---|---|---|
| Immigration Judge's Order | 3 Pages | Order of the Immigration Judge signed in Chaparral, New Mexico, on January 19, 2018, under A098 486 234. | Exhibit "A" |
| I-205 | 2 Pages | Warrant of Removal/Deportation properly signed and executed in El Paso, Texas, on March 13, 2018. | Exhibit "B" |
| I-215B | 3 Pages | Record of sworn statement properly executed and served at Centennial, Colorado, on May 16, 2019. | Exhibit "C" |
| I-871 | 1 Page | Notice of Intent/Decision to Reinstate Prior Order properly served and signed at Centennial, Colorado, on May 16, 2019. | Exhibit "D" |
| FD-249 | 2 Pages | Criminal Fingerprint Card properly executed in Thornton, Colorado on April 27, 2019. | Exhibit "E" |
| Fingerprint Analysis | 1 Page | Fingerprint comparison by Colorado Bureau of Investigation comparing exhibits "A" with "B", dated May 9, 2019. | Exhibit "F" |

Form G-166 (Rev. 9-1-85) N

INV_00000005

| Judgment in Criminal Case (Case No. 20170D01344) | | Judgment in Criminal Case for June 20, 2017. BARCENAZ was convicted in the 243rd District Court of Texas, El Paso County, for the Offense of Sexual Assault on a Child, a 2nd Degree Felony in violation of 22.011(A)(2) PC, for which BARCENAZ was placed on community supervision for a period of ten (10) years. | Exhibit "G" |
|---|---|---|---|
| Judgment in Criminal Case (Case No. 20150D03820) | | Judgment in Criminal Case for March 2, 2016. BARCENAZ was convicted in the 41st District Court of Texas, El Paso County, for the offense of Possession of a Controlled Substance, to wit: Methamphetamine, a Class A Misdemeanor offense in violation of section 481-116(b) of the Texas Health & Safety Code), for which BARCENAZ was sentenced to one (1) day of confinement. | Exhibit "H" |

Testimony:

Deportation Officer Martin Mendez
DHS/ICE Enforcement & Removal
12445 E. Caley Avenue
Centennial, CO 80111
(720) 875-2023

Deportation Officer Gregory Davies
DHS/ICE Enforcement & Removal
12445 E. Caley Avenue
Centennial, CO 80111
(720) 873-2864

Fingerprint Identification Technician
Colorado Bureau of Investigations
690 Kipling Street, Suite 2000
Denver, CO 80215

Form G-166 (Rev. 9-1-85) N

Reba Anderson
US Citizenship and Immigration Services
12484 East Weaver Place
Centennial, CO 80111
(720) 852-6868

Form G-166 (Rev. 9-1-85) N

INV_00000007