**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEIVY ROMERO-LOPEZ,

    Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that due to a conflict in the Court's schedule, the sentencing hearing regarding Defendant Romero-Lopez set **Wednesday, July 3, 2019 is VACATED and RESET for Friday, July 19, 2019 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: July 2, 2019