# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

___

Courtroom Deputy:  Emily Buchanan  
Court Reporter:    Darlene Martinez  

Date: July 19, 2019  
Probation: Meaghan Mills  
Interpreter: Ellen Klaver  

___

Criminal Action No. 18-cr-00096-LTB

<u>Counsel:</u>

UNITED STATES OF AMERICA,

Daniel McIntyre

    Plaintiff,

v.

1. DEIVY ROMERO-LOPEZ,

Matthew Belcher

    Defendant.

___

## COURTROOM MINUTES
___

**SENTENCING**

9:01 a.m.    Court in session.

Defendant is present and in custody.

Interpreter sworn.

Argument by counsel regarding whether the November 2015 or the November 2018 Sentencing Guidelines Manual applies in this case.

Court finds the November 2018 Sentencing Guidelines Manual applies in this case.

Statements by Mr. Belcher, Mr. McIntyre, and Defendant.

**ORDERED**:  Defendant's Oral Motion for a Variant Sentence is **DENIED**.

**ORDERED**: Defendant shall be imprisoned for 57 months as to Count 1 of the Indictment, to run concurrently with the sentences imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93.

**ORDERED**: No term of supervised release is imposed.

**ORDERED**: Defendant shall pay a $100.00 special assessment fee, due and payable immediately. No fine is imposed.

Defendant advised of right to appeal.

Defendant is remanded to the custody of the U.S. Marshal.

9:42 a.m.     Court in recess.
Hearing concluded.
Time:  00:41