IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEIVY ROMERO-LOPEZ,

       Defendant.

---

### NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

       COMES NOW the Defendant, Deivy Romero-Lopez, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, and hereby files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment in a Criminal Case that was entered on July 24, 2019.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       /s/ Matthew K. Belcher
       MATTHEW K. BELCHER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       Fax:  (303) 294-1192
       Email:  Matthew_Belcher@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Daniel Robert McIntyre, Assistant U.S. Attorney
Email:  daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Deivy Romero-Lopez
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender