APPEAL,INTERPRETER,TERMED

# U.S. District Court – District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: <u>1:18−cr−00096−LTB</u> All Defendants

| | |
|---|---|
| Case title: USA v. Romero−Lopez | Date Filed: 02/22/2018 |
| | Date Terminated: 07/24/2019 |

Assigned to: Judge Lewis T. Babcock

**Defendant (1)**

| | | |
|---|---|---|
| **Deivy Romero−Lopez**<br>*TERMINATED: 07/24/2019*<br>also known as<br>Davie Romero−Lopez<br>*TERMINATED: 07/24/2019*<br>also known as<br>Jonathan Aria−Ramirez<br>*TERMINATED: 07/24/2019* | represented by | **Matthew Kyle Belcher**<br>Office of the Federal Public Defender−Denver<br>633 Seventeenth Street<br>Suite 1000<br>Denver, CO 80202<br>303−294−7002<br>Fax: 303−294−1192<br>Email: Matthew_Belcher@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) Illegal Re−entry After Deportation<br>(1) | 57 months imprisonment, to run concurrent to sentence imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93. $100 special assessment fee. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Daniel Robert McIntyre**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Email: daniel.mcintyre@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/22/2018 | 1 | | INDICTMENT as to Deivy Romero–Lopez (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (angar, ) (Entered: 02/22/2018) |
| 02/22/2018 | 2 | | Arrest Warrant Issued in case as to Deivy Romero–Lopez. (angar, ) (angar, ) (Entered: 02/22/2018) |
| 02/22/2018 | 3 | | RESTRICTED DOCUMENT – Level 4: as to Deivy Romero–Lopez. (angar, ) (Entered: 02/22/2018) |
| 01/10/2019 | 4 | | MOTION for Writ of Habeas Corpus ad Prosequendum by USA as to Deivy Romero–Lopez. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(McIntyre, Daniel) (Entered: 01/10/2019) |
| 01/11/2019 | 5 | | ORDER for Writ of Habeas Corpus Ad Prosequendum as to Deivy Romero–Lopez (1), by Judge Lewis T. Babcock on 1/11/2019. (angar, ) (Entered: 01/11/2019) |
| 01/11/2019 | 6 | | Writ of Habeas Corpus ad Prosequendum Issued as to Deivy Romero–Lopez (angar, ) (Entered: 01/11/2019) |
| 01/23/2019 | 7 | | Arrest of Deivy Romero–Lopez. Initial Appearance set for 1/23/2019 02:00 PM in Courtroom C205 before Magistrate Judge N. Reid Neureiter. Spanish Interpreter Requested. (Text Only entry)(jgonz, ) (Entered: 01/23/2019) |
| 01/23/2019 | 8 | | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance, Arraignment, Discovery, and Detention Hearing as to Deivy Romero–Lopez held on 1/23/2019. Defendant present in custody. Defendant advised. Court appoints counsel. Discovery memorandum executed. Plea of NOT GUILTY entered by defendant. Government seeking detention. Defendant is not contesting detention. Defendant ordered detained. Defendant remanded. Counsel is directed to chambers. (Total time: 7 minutes, Hearing time: 2:25 – 2:32 p.m.)<br><br>**APPEARANCES**: Greg Holloway on behalf of the Government, David Johnson on behalf of the defendant, Angela Ledesma on behalf of probation. FTR: Courtroom C205. Interpreter: Susana Cahill. (slibi, ) Text Only Entry (Entered: 01/23/2019) |
| 01/23/2019 | 9 | | |

| | | | |
|---|---|---|---|
| | | | ORDER APPOINTING COUNSEL as to Deivy Romero–Lopez by Magistrate Judge N. Reid Neureiter on 1/23/2019. Text Only Entry (slibi, ) (Entered: 01/23/2019) |
| 01/23/2019 | 10 | | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Deivy Romero–LopezAttorney Matthew Kyle Belcher added to party Deivy Romero–Lopez(pty:dft) (Belcher, Matthew) (Entered: 01/23/2019) |
| 01/23/2019 | 11 | | CJA 23 Financial Affidavit by Deivy Romero–Lopez. (slibi, ) (Entered: 01/23/2019) |
| 01/23/2019 | 12 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – under 5 days as to Deivy Romero–Lopez by Magistrate Judge N. Reid Neureiter on 1/23/2019. (slibi, ) (Entered: 01/23/2019) |
| 01/23/2019 | 14 | | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Deivy Romero–Lopez on 1/23/19. (nmarb, ) Modified on 1/28/2019 to DISREGARD – filed in incorrect case. (nmarb, ). (Entered: 01/25/2019) |
| 01/24/2019 | 13 | | ORDER OF DETENTION as to Deivy Romero–Lopez by Magistrate Judge N. Reid Neureiter on 1/24/2019. (slibi, ) (Entered: 01/24/2019) |
| 02/05/2019 | 16 | | MINUTE ORDER as to Deivy Romero–Lopez: Status/Scheduling Hearing set for 2/13/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 2/5/2019. (ebuch) (Entered: 02/05/2019) |
| 02/11/2019 | 17 | | NOTICE of Disposition by Deivy Romero–Lopez (Belcher, Matthew) (Entered: 02/11/2019) |
| 02/12/2019 | 18 | | MINUTE ORDER as to Deivy Romero–Lopez: Counsel shall contact chambers to set a change of plea hearing. The Status/Scheduling Hearing set for 2/13/2019 is vacated, by Judge Lewis T. Babcock on 2/12/2019. (ebuch) (Entered: 02/12/2019) |
| 02/19/2019 | 19 | | MINUTE ORDER as to Deivy Romero–Lopez: Change of Plea Hearing set for 3/19/2019 10:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 2/19/2019. (ebuch) (Entered: 02/19/2019) |
| 03/12/2019 | 20 | | Unopposed MOTION to Continue *Change of Plea Hearing* by Deivy Romero–Lopez. (Belcher, Matthew) (Entered: 03/12/2019) |
| 03/14/2019 | 21 | | MINUTE ORDER as to Deivy Romero–Lopez granting 20 Defendant's Unopposed Motion to Reset Change of Plea Hearing. Change of Plea Hearing reset for 4/5/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 3/14/2019. (ebuch) (Entered: 03/14/2019) |
| 04/05/2019 | 22 | | COURTROOM MINUTES for Change of Plea Hearing as to Deivy Romero–Lopez held before Judge Lewis T. Babcock on 4/5/2019. Counsel shall brief the issue of whether the November 2015 or the November 2016 sentencing guidelines manual applies. Defendant pleads guilty to Count 1 of the Indictment. Sentencing set for 7/3/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock. Defendant remanded. Court Reporter: Mary George. Interpreter: Cathy Bahr. (ebuch) (Entered: 04/05/2019) |
| 04/05/2019 | 23 | | |

| | | | |
|---|---|---|---|
| | | | PLEA AGREEMENT as to Deivy Romero–Lopez. (Attachments: # 1 Spanish Plea Agreement) (ebuch) (Entered: 04/05/2019) |
| 04/05/2019 | 24 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Deivy Romero–Lopez. (Attachments: # 1 Spanish Statement in Advance of Plea of Guilty) (ebuch) (Entered: 04/05/2019) |
| 04/09/2019 | 25 | | MINUTE ORDER as to Deivy Romero–Lopez: Sentencing Hearing is set 7/3/2019 at 9:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 4/9/2019. (ebuch) (Entered: 04/09/2019) |
| 05/29/2019 | 26 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Deivy Romero–Lopez (Attachments: # 1 Exhibit A)(doden, ) (Entered: 05/29/2019) |
| 06/12/2019 | 27 | | OBJECTION/RESPONSE to Presentence Report by Deivy Romero–Lopez (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5)(Belcher, Matthew) (Entered: 06/12/2019) |
| 06/24/2019 | 28 | | RESTRICTED PRESENTENCE REPORT as to Deivy Romero–Lopez (Attachments: # 1 Exhibit A)(doden, ) (Entered: 06/24/2019) |
| 06/24/2019 | 29 | | RESTRICTED ADDENDUM to Presentence Report 28 as to Deivy Romero–Lopez (doden, ) (Entered: 06/24/2019) |
| 06/25/2019 | 30 | | Objection *to the Addendum to the Presentence Report* by Deivy Romero–Lopez (Belcher, Matthew) (Entered: 06/25/2019) |
| 06/25/2019 | 31 | | RESTRICTED SECOND ADDENDUM to Presentence Report 28 as to Deivy Romero–Lopez (doden, ) (Entered: 06/25/2019) |
| 06/26/2019 | 32 | | RESPONSE by USA as to Deivy Romero–Lopez re: 27 Objection/Response to Presentence Report filed by Deivy Romero–Lopez (McIntyre, Daniel) (Entered: 06/26/2019) |
| 07/02/2019 | 33 | | MINUTE ORDER as to Deivy Romero–Lopez: Sentencing set 7/3/2019 is vacated and reset for 7/19/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 7/2/2019. (ebuch) (Entered: 07/02/2019) |
| 07/19/2019 | 34 | | COURTROOM MINUTES for Sentencing as to Deivy Romero–Lopez held before Judge Lewis T. Babcock on 7/19/2019. Defendant's Oral Motion for a Variant Sentence is denied. Defendant sentenced as reflected on the record. Court Reporter: Darlene Martinez. Interpreter: Ellen Klaver. (ebuch) (Entered: 07/19/2019) |
| 07/24/2019 | 35 | 5 | JUDGMENT as to defendant 1. Deivy Romero–Lopez. Count 1: 57 months imprisonment, to run concurrent to sentence imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93. $100 special assessment fee, by Judge Lewis T. Babcock on 7/24/2019. (ebuch) (Entered: 07/24/2019) |
| 07/24/2019 | 36 | | STATEMENT OF REASONS as to Deivy Romero–Lopez. (ebuch) (Entered: 07/24/2019) |
| 07/24/2019 | 37 | 9 | NOTICE OF APPEAL as to 35 Judgment,, Terminate Criminal Case, by Deivy Romero–Lopez. (Belcher, Matthew) (Entered: 07/24/2019) |

AO 245B (Rev. 02/18)  Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | |
| DEIVY ROMERO-LOPEZ | ) | Case Number: 1:18-cr-00096-LTB-1 |
| *a/k/a Davie Romero-Lopez* | ) | USM Number: 17144-308 |
| *a/k/a Jonathan Aria-Ramirez* | ) | |
| | ) | Matthew Kyle Belcher |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Re-entry of Removed Alien Subsequent to a Felony Conviction | 01/03/2018 | 1 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 19, 2019
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior United States District Judge
Name and Title of Judge

July 24, 2019
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page 2 of 4

DEFENDANT: DEIVY ROMERO-LOPEZ
CASE NUMBER: 1:18-cr-00096-LTB-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **fifty-seven (57) months, to run concurrent to sentence imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in Criminal Case

Judgment — Page **3** of **4**

DEFENDANT: DEIVY ROMERO-LOPEZ
CASE NUMBER: 1:18-cr-00096-LTB-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**\*\* | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18) Judgment in Criminal Case

DEFENDANT: DEIVY ROMERO-LOPEZ
CASE NUMBER: 1:18-cr-00096-LTB-1

Judgment — Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00096-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

DEIVY ROMERO-LOPEZ,

  Defendant.

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW the Defendant, Deivy Romero-Lopez, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, and hereby files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment in a Criminal Case that was entered on July 24, 2019.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        /s/ Matthew K. Belcher
        MATTHEW K. BELCHER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        Fax: (303) 294-1192
        Email: Matthew_Belcher@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Daniel Robert McIntyre, Assistant U.S. Attorney
Email: daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Deivy Romero-Lopez
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender