## UNITED STATES DISTRICT COURT

| | |
|---|---|
| United States of America,<br>        Plaintiff-Appellee,<br>  v.<br>Deivy Romero-Lopez<br>        Defendant-Appellant. | District Court No.  18-CR-96<br><br>Court of Appeals No.  19-1268 |

## **DESIGNATION OF RECORD**

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Transcript of Change of Plea Hearing, 04/05/2019
2. Transcript of Sentencing Hearing, 07/19/2019
3. Statement of Reasons
4. _____
5. _____

(Attach additional sheets if necessary)

Signature: s/ Josh Lee

Counsel for: Defendant-Appellant

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on  08/08/2019 .

Signature: s/ Josh Lee

**A-9**  Designation of Record Form 12/09