APPEAL,INTERPRETER,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:18−cr−00096−LTB−1

| | |
|---|---|
| Case title: USA v. Romero−Lopez | Date Filed: 02/22/2018 |
| | Date Terminated: 07/24/2019 |

Assigned to: Judge Lewis T. Babcock

Appeals court case number: 19−1268 Tenth Circuit

### Defendant (1)

| | | |
|---|---|---|
| **Deivy Romero−Lopez**<br>*TERMINATED: 07/24/2019*<br>also known as<br>Davie Romero−Lopez<br>*TERMINATED: 07/24/2019*<br>also known as<br>Jonathan Aria−Ramirez<br>*TERMINATED: 07/24/2019* | represented by | **Matthew Kyle Belcher**<br>Office of the Federal Public Defender−Denver<br>633 Seventeenth Street<br>Suite 1000<br>Denver, CO 80202<br>303−294−7002<br>Fax: 303−294−1192<br>Email: Matthew_Belcher@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) Illegal Re−entry After Deportation (1) | 57 months imprisonment, to run concurrent to sentence imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93. $100 special assessment fee. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Daniel Robert McIntyre**<br>U.S. Attorney's Office−Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303−454−0100<br>Email: daniel.mcintyre@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2018 | 1 | INDICTMENT as to Deivy Romero–Lopez (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (angar, ) (Entered: 02/22/2018) |
| 02/22/2018 | 2 | Arrest Warrant Issued in case as to Deivy Romero–Lopez. (angar, ) (angar, ) (Entered: 02/22/2018) |
| 02/22/2018 | 3 | RESTRICTED DOCUMENT – Level 4: as to Deivy Romero–Lopez. (angar, ) (Entered: 02/22/2018) |
| 01/10/2019 | 4 | MOTION for Writ of Habeas Corpus ad Prosequendum by USA as to Deivy Romero–Lopez. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(McIntyre, Daniel) (Entered: 01/10/2019) |
| 01/11/2019 | 5 | ORDER for Writ of Habeas Corpus Ad Prosequendum as to Deivy Romero–Lopez (1), by Judge Lewis T. Babcock on 1/11/2019. (angar, ) (Entered: 01/11/2019) |
| 01/11/2019 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Deivy Romero–Lopez (angar, ) (Entered: 01/11/2019) |
| 01/23/2019 | 7 | Arrest of Deivy Romero–Lopez. Initial Appearance set for 1/23/2019 02:00 PM in Courtroom C205 before Magistrate Judge N. Reid Neureiter. Spanish Interpreter Requested. (Text Only entry)(jgonz, ) (Entered: 01/23/2019) |
| 01/23/2019 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance, Arraignment, Discovery, and Detention Hearing as to Deivy Romero–Lopez held on 1/23/2019. Defendant present in custody. Defendant advised. Court appoints counsel. Discovery memorandum executed. Plea of NOT GUILTY entered by defendant. Government seeking detention. Defendant is not contesting detention. Defendant ordered detained. Defendant remanded. Counsel is directed to chambers. (Total time: 7 minutes, Hearing time: 2:25 – 2:32 p.m.)<br><br>**APPEARANCES**: Greg Holloway on behalf of the Government, David Johnson on behalf of the defendant, Angela Ledesma on behalf of probation. FTR: Courtroom C205. Interpreter: Susana Cahill. (slibi, ) Text Only Entry (Entered: 01/23/2019) |
| 01/23/2019 | 9 | ORDER APPOINTING COUNSEL as to Deivy Romero–Lopez by Magistrate Judge N. Reid Neureiter on 1/23/2019. Text Only Entry (slibi, ) (Entered: 01/23/2019) |
| 01/23/2019 | 10 | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Deivy Romero–LopezAttorney Matthew Kyle Belcher added to party Deivy Romero–Lopez(pty:dft) (Belcher, Matthew) (Entered: 01/23/2019) |
| 01/23/2019 | 11 | CJA 23 Financial Affidavit by Deivy Romero–Lopez. (slibi, ) (Entered: 01/23/2019) |
| 01/23/2019 | 12 | Discovery Conference Memorandum and ORDER: Estimated Trial Time – under 5 days as to Deivy Romero–Lopez by Magistrate Judge N. Reid Neureiter on 1/23/2019. (slibi, ) (Entered: 01/23/2019) |
| 01/23/2019 | 14 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Deivy Romero–Lopez on 1/23/19. (nmarb, ) Modified on 1/28/2019 to DISREGARD – filed in incorrect case. (nmarb, ). (Entered: 01/25/2019) |
| 01/24/2019 | 13 | ORDER OF DETENTION as to Deivy Romero–Lopez by Magistrate Judge N. Reid Neureiter on 1/24/2019. (slibi, ) (Entered: 01/24/2019) |
| 02/05/2019 | 16 | MINUTE ORDER as to Deivy Romero–Lopez: Status/Scheduling Hearing set for 2/13/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 2/5/2019. (ebuch) (Entered: 02/05/2019) |
| 02/11/2019 | 17 | NOTICE of Disposition by Deivy Romero–Lopez (Belcher, Matthew) (Entered: 02/11/2019) |

| | | |
|---|---|---|
| 02/12/2019 | 18 | MINUTE ORDER as to Deivy Romero–Lopez: Counsel shall contact chambers to set a change of plea hearing. The Status/Scheduling Hearing set for 2/13/2019 is vacated, by Judge Lewis T. Babcock on 2/12/2019. (ebuch) (Entered: 02/12/2019) |
| 02/19/2019 | 19 | MINUTE ORDER as to Deivy Romero–Lopez: Change of Plea Hearing set for 3/19/2019 10:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 2/19/2019. (ebuch) (Entered: 02/19/2019) |
| 03/12/2019 | 20 | Unopposed MOTION to Continue *Change of Plea Hearing* by Deivy Romero–Lopez. (Belcher, Matthew) (Entered: 03/12/2019) |
| 03/14/2019 | 21 | MINUTE ORDER as to Deivy Romero–Lopez granting 20 Defendant's Unopposed Motion to Reset Change of Plea Hearing. Change of Plea Hearing reset for 4/5/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 3/14/2019. (ebuch) (Entered: 03/14/2019) |
| 04/05/2019 | 22 | COURTROOM MINUTES for Change of Plea Hearing as to Deivy Romero–Lopez held before Judge Lewis T. Babcock on 4/5/2019. Counsel shall brief the issue of whether the November 2015 or the November 2016 sentencing guidelines manual applies. Defendant pleads guilty to Count 1 of the Indictment. Sentencing set for 7/3/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock. Defendant remanded. Court Reporter: Mary George. Interpreter: Cathy Bahr. (ebuch) (Entered: 04/05/2019) |
| 04/05/2019 | 23 | PLEA AGREEMENT as to Deivy Romero–Lopez. (Attachments: # 1 Spanish Plea Agreement) (ebuch) (Entered: 04/05/2019) |
| 04/05/2019 | 24 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Deivy Romero–Lopez. (Attachments: # 1 Spanish Statement in Advance of Plea of Guilty) (ebuch) (Entered: 04/05/2019) |
| 04/09/2019 | 25 | MINUTE ORDER as to Deivy Romero–Lopez: Sentencing Hearing is set 7/3/2019 at 9:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 4/9/2019. (ebuch) (Entered: 04/09/2019) |
| 05/29/2019 | 26 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Deivy Romero–Lopez (Attachments: # 1 Exhibit A)(doden, ) (Entered: 05/29/2019) |
| 06/12/2019 | 27 | OBJECTION/RESPONSE to Presentence Report by Deivy Romero–Lopez (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5)(Belcher, Matthew) (Entered: 06/12/2019) |
| 06/24/2019 | 28 | RESTRICTED PRESENTENCE REPORT as to Deivy Romero–Lopez (Attachments: # 1 Exhibit A)(doden, ) (Entered: 06/24/2019) |
| 06/24/2019 | 29 | RESTRICTED ADDENDUM to Presentence Report 28 as to Deivy Romero–Lopez (doden, ) (Entered: 06/24/2019) |
| 06/25/2019 | 30 | Objection *to the Addendum to the Presentence Report* by Deivy Romero–Lopez (Belcher, Matthew) (Entered: 06/25/2019) |
| 06/25/2019 | 31 | RESTRICTED SECOND ADDENDUM to Presentence Report 28 as to Deivy Romero–Lopez (doden, ) (Entered: 06/25/2019) |
| 06/26/2019 | 32 | RESPONSE by USA as to Deivy Romero–Lopez re: 27 Objection/Response to Presentence Report filed by Deivy Romero–Lopez (McIntyre, Daniel) (Entered: 06/26/2019) |
| 07/02/2019 | 33 | MINUTE ORDER as to Deivy Romero–Lopez: Sentencing set 7/3/2019 is vacated and reset for 7/19/2019 09:00 AM in Courtroom C401 before Judge Lewis T. Babcock, by Judge Lewis T. Babcock on 7/2/2019. (ebuch) (Entered: 07/02/2019) |
| 07/19/2019 | 34 | COURTROOM MINUTES for Sentencing as to Deivy Romero–Lopez held before Judge Lewis T. Babcock on 7/19/2019. Defendant's Oral Motion for a Variant Sentence is denied. Defendant sentenced as reflected on the record. Court Reporter: Darlene Martinez. Interpreter: Ellen Klaver. (ebuch) (Entered: 07/19/2019) |
| 07/24/2019 | 35 | JUDGMENT as to defendant 1. Deivy Romero–Lopez. Count 1: 57 months imprisonment, to run concurrent to sentence imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93. |

|  |  | $100 special assessment fee, by Judge Lewis T. Babcock on 7/24/2019. (ebuch) (Entered: 07/24/2019) |
|---|---|---|
| 07/24/2019 | 36 | STATEMENT OF REASONS as to Deivy Romero–Lopez. (ebuch) (Entered: 07/24/2019) |
| 07/24/2019 | 37 | NOTICE OF APPEAL as to 35 Judgment,, Terminate Criminal Case, by Deivy Romero–Lopez. (Belcher, Matthew) (Entered: 07/24/2019) |
| 07/25/2019 | 38 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 37 Notice of Appeal as to Deivy Romero–Lopez to the U.S. Court of Appeals. ( FPD,) (Attachments: # 1 Preliminary Record and Docket Sheet)(angar, ) (Entered: 07/25/2019) |
| 07/25/2019 | 39 | USCA Case Number as to Deivy Romero–Lopez 19–1268 for 37 Notice of Appeal filed by Deivy Romero–Lopez. (angar, ) (Entered: 08/01/2019) |