# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE    ☒ DISTRICT    ☐ APPEALS    ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 18-cr-00096-LTB
4. Appeals Docket #: 19-1268
5. For (District/Circuit): Colorado
6. In The Case Of  United States v. Deivy Romero-Lopez
7. Person Represented: Deivy Romero-Lopez
8. Location/Organization Code:
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): Change of Plea Hearing dated 04/05/2019.
11. Special Needs (Check One If Applicable):
    ☒ Ordinary: $3.65/page (within 30 days)
    ☐ 14-day: $4.25/page (within 14 days)
    ☐ Expedite: $4.85/page (within 7 days)
    ☐ 3-Day: $5.45/page (within 3 days)
    ☐ Daily: $6.05/page (next day)
    ☐ Hourly: $7.25/page (same day)
12. I REQUIRE (CHECK ONE):    ☐ PAPER COPY    ☒ DIGITAL COPY

13. _Josh Lee_ /s/                                    08/08/2019
    Josh Lee, AFPD                                    Date

    REQUEST APPROVED: _/s/_                           8/8/19

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☐ OFFICIAL    ☐ CONTRACT    ☐ TRANSCRIBER    ☒ OTHER: _____
15. Full Name Of Payee: Mary George
16. Remit To:
17. Telephone Number: 303-296-2638

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
|  |  |  |  |  | 19. Total claimed | $ |

20. Certification of Attorney

Signature of Attorney                                 Date