# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS  ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 18-cr-00096-LTB
4. Appeals Docket #: 19-1268
5. For (District/Circuit): Colorado
6. In The Case Of United States v. Deivy Romero-Lopez
7. Person Represented: Deivy Romero-Lopez
8. Location/Organization Code:
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): Sentencing Hearing dated 07/19/2019.
11. Special Needs (Check One If Applicable):
    ☒ Ordinary: $3.65/page (within 30 days)
    ☐ 14-day: $4.25/page (within 14 days)
    ☐ Expedite: $4.85/page (within 7 days)
    ☐ 3-Day: $5.45/page (within 3 days)
    ☐ Daily: $6.05/page (next day)
    ☐ Hourly: $7.25/page (same day)
12. I REQUIRE (CHECK ONE):  ☐ PAPER COPY  ☒ DIGITAL COPY
13. _[signed]_ Josh Lee, AFPD                08/08/2019

    REQUEST APPROVED: _[signed]_     8/8/19

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☐ OFFICIAL  ☐ CONTRACT  ☐ TRANSCRIBER  ☒ OTHER: _____
15. Full Name Of Payee: Darlene Martinez
16. Remit To:
17. Telephone Number: 303-296-2008

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (itemize): | | | | | | $ |
| | | | | | 19. Total claimed | $ |

20. Certification of Attorney

Signature of Attorney          Date