

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

October 16, 2019

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA v. Romero-Lopez

District Court Case No.   18-cr-00096-LTB-1  
Court of Appeals Case No.  19-1268

Dear Clerk:

Enclosed please find the Record on Appeal in  (3) three  volume(s) which consist of the following:

Volume I - Electronic Pleadings  
Volume II - Restricted Pleadings  
Volume III - Transcripts (90 Day Restriction)

JEFFREY P. COLWELL, CLERK

By:  s/  Roman Villa  
Deputy Clerk