**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**November 25, 2020**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 19-1268 |
| DEIVY ROMERO-LOPEZ, a/k/a Davie Romero-Lopez, a/k/a Jonathan Aria-Ramirez, | (D.C. No. 1:18-CR-00096-LTB-1) (D. Colo.) |
| Defendant - Appellant. | |

_____

## JUDGMENT

_____

Before **LUCERO**, **KELLY**, and **BACHARACH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

If defendant, Deivy Romero-Lopez, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Colorado. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk