7021 0350 0001 4681 6248

EXHIBIT-A

Inmate Request to Staff

7021 0350 0001 4681 6248

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Records Office Supervisor | DATE: October 31, 2021 |
|---|---|
| FROM: Deivy Romero-Lopez | REGISTER NO.: 17144-308 |
| WORK ASSIGNMENT: Pending | UNIT: 3-B-UP |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

This is a request for "Jail" & "Service-of-Sentence" credits toward my federal sentence. The facts are as follows: I was arrested on Jan. 3, 2018 for the criminal acts that formed the basis of both state & federal charges. At sentencing, the Court ordered that I serve a term of "fifty-seven" (57) months, to run concurrent to sentence imposed in Adams County District Court, Case Number 17CR1930 and El Paso County District Court, Case Number 18CR93." (See J&C, p. 2 of 4).

According to my SENTENCE COMPUTATION DATA Sheet, I was only given "160-Days of 'Willis' credits" to the concurrent federal sentence.

I now seek "Designation" of the state prison where I served my concurrent federal sentence, including the 160-days "Willis" credits, as the place for "service-of-sentence" credits for all time **beginning January 3, 2018, through June 10, 2018.** (See Program Statement 5100.08).

I ask that Records consult both the J&C and Grand Prarie's Designation and Security Classification Office before responding.

Thank you

(Do not write below this line)

DISPOSITION: The judge ordered a concurrent sentence with an imposition (start date) of 7-19-2019. If the judge intended for you to receive jail credit from 1-3-2018 thru 6-10-2018, the judge would need to specify that in an amended judgment.

Signature Staff Member

Date 11-7-2021

Record Copy - File; Copy - Inmate
PDF                                   Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by FOLDER    **SECTION 6**