7021 0350 0001 4681 6248

Exhibit-C

Sentence Monitoring Computation Data

7021 0350 0001 4681 6248

```
                                                        7021  0350  0001  4681  6248

   WILGJ   540*23  *          SENTENCE MONITORING             *      10-20-2021
   PAGE 001          *           COMPUTATION DATA              *      12:59:43
                                 AS OF 10-20-2021

 REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY


 FBI NO...........: 679270JD0              DATE OF BIRTH: 03-12-1990  AGE:   31
 ARS1.............: WIL/A-DES
 UNIT.............: UNIT 3                 QUARTERS.....: F04-420U
 DETAINERS........: NO                     NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 09-08-2022

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE: 02-27-2023 VIA GCT REL


 -----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION...........: COLORADO
 DOCKET NUMBER...................: 1:18-CR-00096-LTB-1
 JUDGE...........................: BABCOCK
 DATE SENTENCED/PROBATION IMPOSED: 07-19-2019
 DATE COMMITTED..................: 08-08-2019
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.:  $100.00         $00.00           $00.00          $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  171     8:1326 ILLEGAL REENTRY          FSA INELIGIBLE
 OFF/CHG: 8:1326(A) AND (B)(1):ILLEGAL RE-ENTRY OF REMOVED ALIEN SUB
          TO A FELONY CONVICTION

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     57 MONTHS
  DATE OF OFFENSE................: 01-03-2018







 G0002          MORE PAGES TO FOLLOW . . .
```

7021 0350 0001 4681 6248

```
WILGJ   540*23  *       SENTENCE MONITORING        *    10-20-2021
PAGE 002 OF 002 *         COMPUTATION DATA         *    12:59:43
                           AS OF 10-20-2021
```

REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-08-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 07-19-2019
TOTAL TERM IN EFFECT............:    57 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS     9 MONTHS
EARLIEST DATE OF OFFENSE........: 01-03-2018

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   01-03-2018    06-11-2018

TOTAL PRIOR CREDIT TIME.........: 160
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 256
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-27-2023
ELDERLY OFFENDER TWO THIRDS DATE: 04-11-2022
EXPIRATION FULL TERM DATE.......: 11-10-2023
TIME SERVED.....................:     2 YEARS     8 MONTHS    12 DAYS
PERCENTAGE OF FULL TERM SERVED..:  56.7
PERCENT OF STATUTORY TERM SERVED:  66.5

PROJECTED SATISFACTION DATE.....: 02-27-2023
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 160-DAYS OF "WILLIS" CREDIT GIVEN TO FED SENT ORDERED C/C TO
                CO. STATE CASES. A/AMP




G0000           TRANSACTION SUCCESSFULLY COMPLETED