



Clerk of the Court Office
United States District Court
District of Colorado
901 19th Street, 2nd Floor
Denver, CO 80294

Deivy Romero-Lopez
Reg. No. 17144-308
Federal Correctional Institution
Williamsburg Medium
P.O. Box 340
Salters, SC 29590

LEGAL MAIL

**FCI/SCP WILLIAMSBURG**
P O BOX 220
SALTERS, SC 29590
Date: 11/29/21

The enclosed letter was ___ed through special mail procedures for forw___ ng to you. The letter was neither opened nor in___ ected. If the writer raises a problem over which t___ ___cy has jurisdiction, you may wish to retu___ ___ ___erial for further information or clari___ ___n. If the writer encloses correspondence for to ___ar___ ___g to another address, return the enclosure ___ ___he above address