**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  18-cr-00096-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DEIVY ROMERO-LOPEZ,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant has filed, pro se, a Motion to Correct a Mistake Arising From Oversight or Omission in the Judgment (Doc 50 - filed December 1, 2021).  The Government and Probation have **up to and including December 27, 2021** to file a response.  Defendant has **up to and including January 10, 2022** to file a reply.


Dated:  December 6, 2021