

Go Back                                                                                          Print

Summary    Participants    Charges/Dispositions    Hearings/Trials    **Other Case Activities**    Judgments    Bonds    Costs/Fees

| People Of The State Of Colorado Vs. Romero-lopez, Deivy - 2018CR93 - El Paso County | | |
|---|---|---|
| **Date** | **Code** | **Details/Notes** |
| 2018-06-13 | MITI | Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Romero-lopez, Deivy |
| 2018-06-13 | ORDR | Order<br>Ruling: Granted, Document Title: Order: Order Re Motion To Amend Complaint -<br>Plea |
| 2018-06-13 | TRPT | Transport Order |
| 2018-06-12 | CLAD | Case Closed |
| 2018-06-12 | CMPL | Complaint<br>PPL1/ The People Of The State Of Colorado,<br>Amended Complaint And Information 3616bd0afc5e8 |
| 2018-06-12 | MINC | Minute Order (print)<br>Gilbert/jip/ftr/ Dda Castain Div 7 S402 6/12/18 Hmtn<br>Dpwc Prv Barker For Tolini; Sp Interpreter; Plea Agreement - 5 Yrs Doc; Def Advised; Def Waives Jtrl; Def Pg To Added Cnt 8 Df3; Fact Basis; Crt Accepts Gp As Know/vol/int; Immediate Sentence; Def Sentenced To 5 Yrs Doc - 12 Mnths<br>Parole - 161 Days Crts - Def To Pay Court Costs And Fees To Include And Restitution Until Paid In Full - The Court Notes That Def On An Ice Hold And Has Adams County Case - Def Has Adams County Case Which Will Determine Conc<br>Or Cons; Remaining Cnts Dmda; Dda Has 91 Days For Restitution; Incust /jip |
| 2018-06-12 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Amend Complaint - Plea 3616bd0afc5e8 |
| 2018-06-12 | PLAG | Plea Agreement<br>Plea Agreement |
| 2018-06-12 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order Re Motion To Amend Complaint - Plea 3616bd0afc5e8 |
| 2018-05-08 | MINC | Minute Order (print)<br>Gilbert/jip/ftr/ Dda Castain Div 7 S402 5/8/18 Disp<br>Dpwc Atd Barker For Tolini; Def Enters Gp; Jtrl Set For 9/12/18 900am; Ptrd Set For 8/31/18 900am; Hmtn Set For 6/12/18 130pm; Incust /jip |
| 2018-04-17 | MINC | Minute Order (print)<br>Gilbert/couch/ftr Dda Castain Div 7 S402 4/17/18 Prel<br>Dpwc Atd Tolini; Sp Interp Londono; Def Is Not Entitled To Prlim; Def Req Dispo Date; Disp 5/8/18 930am; Cust /klc |
| 2018-03- | MINC | Minute Order (print) |

| | | |
|---|---|---|
| 22 | | Grohs/jip/ftr/ Dda Herlity Div 18 S505 3/22/18 Appc<br>Dpwc Atd Barker For Atd Tolini; Div 18 Recused - Case Transfered To Div 7 And<br>An In Lieu Will Be Completed; Adc Ack Info And Request Prelim W/ Bonc Recon;<br>Prelim In Div 7 Set For 4/17/18 130pm; Incust /jip |
| 2018-03-20 | ENTR | Entry Of Appearance<br>DEF1/ Romero-lopez, Deivy<br>Entry Of Appearance Fba16759942c5 |
| 2018-03-15 | MINC | Minute Order (print)<br>Grohs/dda/ftr Dda Herlity/willett Disp 03-15-18<br>Dpwc Wafai: Intrp Present: Deft Request Cont In Order To Hire Pvt Atty; Matter Cont Appc 03-22-18 8:30 /dda |
| 2018-02-15 | MINC | Minute Order (print)<br>Grohs/dda/ftr Dda Herlity Prel 02-15-18<br>Dpwc Wafai: Intrp Present: Deft Waives Right To Prelh; Matter Is Set For Disp 03-15-18 9:00 /dda |
| 2018-02-08 | MINC | Minute Order (print)<br>Grohs/rna/ftr Dda Herlihy Prel 02/08/2018<br>Dpwc-pd Wafai; Sp Interp Present; Pd Req One Week Cont To Meet With Def With<br>Sp Interp; Prel Sched 02/15/2018 @ 1030am; Cust /rna |
| 2018-01-16 | ORDR | Order<br>Ruling: Granted, Document Title: Order To Amend |
| 2018-01-15 | ACMP | Complaint - Amended<br>PPL1/ The People Of The State Of Colorado,<br>Amended Complaint And Information Eeaaf7d81da9e |
| 2018-01-15 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Amend F92ac8d7403d4 |
| 2018-01-15 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Proposed Order To Amend F92ac8d7403d4 |
| 2018-01-12 | NOTC | Notice Filed<br>DEF1/ Romero-lopez, Deivy<br>Notice Of Automatic Election Of Representation 784b9c3f9544f |
| 2018-01-11 | MINC | Minute Order (print)<br>Grohs/dda/ftr Dda Herlithy/ Disp 01-11-18<br>Dpwc Wafai; Complaint And Info Tend; Deft Waives Formal Read And Adv;matter<br>Is Set For Prelh/hbnd 02-08-18 10:30 /dda |
| 2018-01-10 | FCMP | Felony Complaint Filed<br>PPL1/ The People Of The State Of Colorado,<br>Complaint And Information 52f9dab526034 |
| 2018-01-05 | MINC | Minute Order (print)<br>Gerhart/vid/s205/hadv/cust/dda/dpwoc By Closed Circuit Tv<br>Def Advised Of Rights, Mandatory Protection Order, Charges And Possible Penalty. Def Advised Of Mro On The Record. Bond Set At 10k, Fapp 011118 @ 830<br>Am Div 18 /eal |
| 2018-01-05 | MRIG | Mandatory Injunctive Prot Ord; Expiration Date: 2024-06-13<br>DEF1/ Romero-lopez, Deivy<br>MRIG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing |
| 2018-01-05 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2020-01-05 |

| 2018-01-04 | ASWA | Affi In Suppt-warrantless Arr<br>IMP1/ Non-party,<br>Bond 10000.00 Preliminary Hearing W/probable Cause |
|---|---|---|
| 2018-01-04 | ORDR | Order<br>Pc Found |
| 2018-01-04 | RPRT | Report<br>DEF1/ Romero-lopez, Deivy<br>Jail Booking Date 1-3-18 |

v3.32 Privacy Policy | Email Support: customersupport@judicial.state.co.us | Phone Support: 720-625-5500

© 2021 Colorado Judicial Branch. All rights reserved.