```
   DSCDJ            *         PUBLIC INFORMATION         *     12-20-2021
PAGE 001            *            INMATE DATA             *     13:22:40
                              AS OF 12-20-2021

REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY

                         RESP OF: WIL
                         PHONE..: 843-387-9400    FAX: 843-387-6961
                                                  RACE/SEX...: WHITE / MALE
                                                  AGE:  31
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 02-27-2023                           PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

```
 DSCDJ           *          PUBLIC INFORMATION          *     12-20-2021
PAGE 002         *             INMATE DATA              *     13:22:40
                            AS OF 12-20-2021

REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY

                       RESP OF: WIL
                       PHONE..: 843-387-9400    FAX: 843-387-6961
HOME DETENTION ELIGIBILITY DATE: 09-08-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-27-2023 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: COLORADO
DOCKET NUMBER...................: 1:18-CR-00096-LTB-1
JUDGE...........................: BABCOCK
DATE SENTENCED/PROBATION IMPOSED: 07-19-2019
DATE COMMITTED..................: 08-08-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   171     8:1326 ILLEGAL REENTRY
OFF/CHG: 8:1326(A) AND (B)(1):ILLEGAL RE-ENTRY OF REMOVED ALIEN SUB
         TO A FELONY CONVICTION

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     57 MONTHS
 DATE OF OFFENSE................: 01-03-2018




         G0002        MORE PAGES TO FOLLOW . . .
```

```
DSCDJ              *         PUBLIC INFORMATION          *      12-20-2021
PAGE 003 OF 003 *              INMATE DATA               *        13:22:40
                             AS OF 12-20-2021

 REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY

                       RESP OF: WIL
                       PHONE..: 843-387-9400    FAX: 843-387-6961
 -------------------------CURRENT COMPUTATION NO: 010 -------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 08-08-2019 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 08-08-2019 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010

 DATE COMPUTATION BEGAN..........: 07-19-2019
 TOTAL TERM IN EFFECT............:     57 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:      4 YEARS       9 MONTHS
 EARLIEST DATE OF OFFENSE........: 01-03-2018

 JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                       01-03-2018    06-11-2018

 TOTAL PRIOR CREDIT TIME.........: 160
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 256
 TOTAL GCT EARNED................: 108
 STATUTORY RELEASE DATE PROJECTED: 02-27-2023
 ELDERLY OFFENDER TWO THIRDS DATE: 04-11-2022
 EXPIRATION FULL TERM DATE.......: 11-10-2023
 TIME SERVED.....................:      2 YEARS     10 MONTHS     12 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  60.2
 PERCENT OF STATUTORY TERM SERVED:  70.6

 PROJECTED SATISFACTION DATE.....: 02-27-2023
 PROJECTED SATISFACTION METHOD...: GCT REL




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```