Deivy Romero-Lopez, pro-se.
#17144-308
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -4 2022

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: 1:18-cr-00096-LTB-1 |
| Respondent, ) | |
| vs. ) | MOTION FOR RECONSIDERATION |
| ) | (Fed. R. Civ. P. 59(e)) |
| DEIVY ROMERO-LOPEZ, ) | |
| Defendent. ) | The Hon. Lewis T. Babcock, U.S. District Judge |

Deivy Romero-Lopez, pro-se, moves the Court to reconsider its January 25, 2022 Order denying Motion to Correct a Mistake Arising from Oversight or Omission in the Judgment.

I. Statement of the Case

Mr. Romero-Lopez was arrested on January 3, 2018, and was charged in the District Court in El Paso County in Case No. 18CR93 (the "El Paso County case"). Mr. Romero-Lopez was detained and prosecuted in that case, and was sentenced on June 11, 2018, approximately 160 days after his arrest. The time period from his arrest to sentencing in his Federal case is the period at issue here.

3

Mr. Romero-Lopez was indicted in this case on February 22, 2019, and was subsequently sentenced, on July 19, 2019, to a 57-month term of imprisonment to run concurrent to both the El Paso County case and another state case in the District Court in Adams County Case No. 17CR1930 (the "Adams County case"). Mr. Romero-Lopez was sentenced on June 12, 2018, to a five year term of imprisonment on the El Paso County case and on August 28, 2018, to a one year term in the Adams County case. His 57-month federal term of imprisonment began running concurrently on July 19, 2019, when he was sentenced in this case.

Mr. Romero-Lopez requested that the Court amend its judgment in this case to specify its intent that he receive "jail" and "services of sentence" credits. Mr. Romero-Lopez is actually seeking to be credited time spent in custody from the date of arrest until federal sentencing, since the El Paso County arrest ultimately led to charges in this federal case. Therefore, if the Court intended that Mr. Romero-Lopez receive credit since he has been detained, then Mr. Romero-Lopez is entitled to relief.

II. Argument

The District Court failed to liberally construe pro se proceeding, in the interest of justice. See United States v. Kerner, 404 U.S. 519 (1972).

Mr. Romero-Lopez filed a Motion to Correct a Mistake Arising from Oversight or Omission in the Judgment. He asked the court to amend the judgment to reflect "jail" and "services of sentence" credits toward his federal sentence. The June 10, 2018 date is a "mistake" in the record. Mr. Romero-Lopez intended the date to be

4

July 17, 2019. not June 10, 2018.

Mr. Romero-Lopez submits there is a dead time gap between Mr. Romero-Lopez's June 12, 2018 El Paso County sentence, and the July 19, 2019 57-month federal term of imprisonment, a total of 13 months are missing. Mr. Romero-Lopez has not been given full time credits since arrest according to BOP records.

If the Court intended for Mr. Romero-Lopez to receive credit since his arrest, then Mr. Romero-Lopez should be awarded credit from January 3, 2018, thru July 19, 2019, not June 12, 2018. He was sentenced to 57-months to run concurrently with the El Paso County and Adams County sentences, but the Federal Bureau of Prisons Monitoring Good Time Data have Mr. Romero-Lopez's projected release February 27, 2023, when Mr. Romero-Lopez has already been in custody for a total of 1460 days; 1622 days with earned Good Time Credit; or 4 years and 4 months of a 4 years and 9 month sentence. See Ex.-A, Sentence Monitoring Computation Data as of February 14, 2022. Therefore, the BOP has not awarded Mr. Romero-Lopez credit from the date of his arrest until the July 19, 2019 date of federal sentencing.

III. Conclusion

Wherefore, in the interest of justice, Mr. Romero-Lopez prays that the Court amend its Judgment in this case to specify its intent that he receive "jail" and "services of sentence" credits from January 3, 2018, thru July 19, 2019 - the time period from his arrest to sentencing in his federal case.

Dated: February 15th, 2022

Respectfully submitted,

_____
Deivy Romero-Lopez, pro-se.
#17144-308
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590



Deivy Romero-Lopez
Reg # 17144-308
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

LEGAL MAIL

Office of the Clerk
United States District Court
901 - 19th Street, Room A105
Denver, Colorado 80294-358

LEGAL MAIL

