US v. Deivy Romero-Lopez, 1:18-cr-00096-LTB-1

Exhibit  -  A

Sentence Monitoring Computation Data
as of 02-14-2022

```
  WILDK  540*23 *          SENTENCE MONITORING           *     02-14-2022
PAGE 001          *          COMPUTATION DATA            *     08:04:23
                              AS OF 02-14-2022


REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY


FBI NO...........: 679270JD0          DATE OF BIRTH: 03-12-1990  AGE:  31
ARS1.............: WIL/A-DES
UNIT.............: UNIT 3             QUARTERS.....: F04-420U
DETAINERS........: YES                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-08-2022

THE INMATE IS PROJECTED FOR RELEASE: 02-27-2023 VIA GCT REL


                  RELEASE AUDIT COMPLETED ON 01-18-2022 BY DSCC
--------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: COLORADO
DOCKET NUMBER...................: 1:18-CR-00096-LTB-1
JUDGE...........................: BABCOCK
DATE SENTENCED/PROBATION IMPOSED: 07-19-2019
DATE COMMITTED..................: 08-08-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  171    8:1326 ILLEGAL REENTRY        FSA INELIGIBLE
OFF/CHG: 8:1326(A) AND (B)(1):ILLEGAL RE-ENTRY OF REMOVED ALIEN SUB
        TO A FELONY CONVICTION

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   57 MONTHS
 DATE OF OFFENSE................: 01-03-2018




G0002      MORE PAGES TO FOLLOW . . .
```

```
  WILDK  540*23 *          SENTENCE MONITORING          *     02-14-2022
PAGE 002         *          COMPUTATION DATA           *     08:04:23
                            AS OF 02-14-2022
```

REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-08-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 07-19-2019
TOTAL TERM IN EFFECT............:    57 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS      9 MONTHS
EARLIEST DATE OF OFFENSE........: 01-03-2018

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                   01-03-2018      06-11-2018

TOTAL PRIOR CREDIT TIME.........: 160
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 256
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 02-27-2023
ELDERLY OFFENDER TWO THIRDS DATE: 04-11-2022
EXPIRATION FULL TERM DATE.......: 11-10-2023
TIME SERVED.....................:     3 YEARS      6 DAYS
PERCENTAGE OF FULL TERM SERVED..:  63.4
PERCENT OF STATUTORY TERM SERVED:  74.4

PROJECTED SATISFACTION DATE.....: 02-27-2023
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 160-DAYS OF "WILLIS" CREDIT GIVEN TO FED SENT ORDERED C/C TO
               CO. STATE CASES. A/AMP


G0002      MORE PAGES TO FOLLOW . . .

```
      WILDK  542*22 *              SENTENCE MONITORING              *      02-14-2022
   PAGE 001 OF 001 *                 GOOD TIME DATA                 *      08:04:01
                                    AS OF  02-14-2022

   REGNO...: 17144-308   NAME: ROMERO-LOPEZ, DEIVY
   ARS 1...: WIL A-DES                                        PLRA
   COMPUTATION NUMBER..: 010                             PRT   ACT DT:
   LAST UPDATED:  DATE.: 08-08-2019                   FACL..: DSC    CALC: AUTOMATIC
   UNIT.................: UNIT 3                       QUARTERS............: F04-420U
   DATE COMP BEGINS....: 07-19-2019                   COMP STATUS.........: COMPLETE
   TOTAL JAIL CREDIT...: 160                          TOTAL INOP TIME.....: 0
   CURRENT REL DT......: 07-25-2023 TUE               EXPIRES FULL TERM DT: 11-10-2023
   PROJ SATISFACT DT...: 02-27-2023 MON               PROJ SATISF METHOD..: GCT REL
   ACTUAL SATISFACT DT.:                              ACTUAL SATISF METHOD:
   DAYS REMAINING......:                              FINAL PUBLC LAW DAYS:
   GED PART STATUS.....:                              DEPORT ORDER DATED..:

   -------------------------GOOD CONDUCT TIME AMOUNTS-------------------------

     START      STOP        MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
     DATE       DATE      DIS    FFT        DIS    FFT      AMOUNT      DATE
   02-10-2019  02-09-2020  54    54
   02-10-2020  02-09-2021  54    108
   02-10-2021  02-09-2022  54    162
   02-10-2022  02-09-2023  54
   02-10-2023  11-10-2023  40

       TOTAL EARNED AMOUNT..........................................:      108
       TOTAL EARNED AND PROJECTED AMOUNT............................:      256




   G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  WILDK  540*23 *           SENTENCE MONITORING          *      02-14-2022
PAGE 003 OF 003 *             COMPUTATION DATA           *      08:04:23
                            AS OF 02-14-2022

REGNO..: 17144-308 NAME: ROMERO-LOPEZ, DEIVY


---------------------------- CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 02-01-2022
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: DEPARTMENT OF HOMELAND SECURITY
CHARGES......: FINAL ORDER OF REMOVAL.
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```