Deivy Romero-Lopez, pro-se.
#17144-308
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR -4 2022**

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA,         )    No.: 1:18-cr-00096-LTB-1
                                  )
            Respondent,           )
                                  )
                       vs.        )    NOTICE OF MOTION
                                  )    FILING AND SERVICE
DEIVY ROMERO-LOPEZ,               )
                                  )
            Defendant.            )    The Hon. Lewis T. Babcock,
                                       U.S. District Judge

---

To: OFFICE OF THE U.S. ATTORNEYS
    District of Colorado
    1801 California Street, #1600
    Denver, CO 80202

  PLEASE TAKE NOTICE that on the 15th day of February, 2022, the undersigned shall cause to be filed with the Office of the Clerk for the United States District Court for the District of Colorado, 901 - 19th Street, Room A105, Denver, Colorado 80294-3589

MOTION FOR RECONSIDERATION
Fed. R. Civ. P. 59(e)

service of which is being made upon you.

Dated:   February 15th, 2022

_____
Deivy Romero-Lopez, pro-se.
#17144-308
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

2