Deivy Romero-Lopez
#17144-308
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

February 15, 2022

Office of the Clerk
U.S. District Court
District of Colorado
901 - 19th Street, Room A105
Denver, Colorado 80294-3589

Re: Motion for Reconsideration
    1:18-cr-00096-LTB-1

Dear Clerk

Would you be kind enough to file the enclosed documents, and send the extra copy back stamped filed. Thank you for your immediate attention and consideration in this matter.

Sincerely
Deivy Romero-Lopez

cc: file