IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  18-cr-00096-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DEIVY ROMERO-LOPEZ,

     Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant has filed, pro se, a Motion for Reconsideration (Doc 56 - filed March 4, 2022).  The Government has **up to and including March 24, 2022** to file a response.


Dated:  March 10, 2022